UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
BRIAN W. COUGHLIN,
            Debtor

IN PROCEEDINGS UNDER
CHAPTER 13
CASE NO. 19-14142-FJB

## AFFIDAVIT OF DEBTOR IN SUPPORT OF MOTION OF THE DEBTOR TO ENFORCE THE AUTOMATIC STAY

NOW COMES the Debtor, Brian W. Coughlin, and in support of the Motion of the Debtor to Enforce the Automatic stay, hereby takes oath and deposes and states as follows:

1. My name is Brian W. Coughlin. I am the Debtor in the above-captioned Chapter 13 proceeding. I make this affidavit based upon my personal knowledge of the facts and events contained herein.

2. Prior to the commencement of this Chapter 13 case on December 4, 2019, I had many debts owed to a number of creditors, including a number of short-term debts that I contracted over the Internet as "pay day" loans. Among these "pay day" loans obligations that I listed on my Bankruptcy Schedules was one owed to "LendGreen".

3. As I recall, to the best of my knowledge without having any documentation before me, I originally borrowed the amount of $1100.00 on or about July, 2019. This information may or may not be correct, but it is my best estimate of the facts due to the lack of information before me and my current state of mind. My account number with LendGreen ended with the digits 3572. As of the date of my bankruptcy filing, I owed LendGreen the sum of $1,594.91.

This amount and the account number were provided to me by a LendGreen representative prior to my filing when I called them to confirm with them the facts of my account.

4. My lawyer and I made sure that all of my creditors were accurately listed on both my Bankruptcy Schedules and on the Mailing Matrix used by the Court to send notices of my bankruptcy filing to my creditors. I listed LendGreen on my Bankruptcy Schedule "E/F" and on my Mailing Matrix as follows: "Lend Green, P.O. Box 221, Lac Du Flambeau, WI 54538".

5. Notwithstanding my inclusion of LendGreen on my Bankruptcy Schedule "E/F" and on my Mailing Matrix and proposing a Chapter 13 Plan that pays creditors 100% in full, since December 4, 2019 when my bankruptcy case started, I have been continually been harried by LendGreen with telephone calls, emails and voicemail messages.

6. Each time I was contacted I told the LendGreen representative that I had filed for bankruptcy and that they should contact my lawyer instead of me and gave them my lawyer's telephone number and email address if they had any questions.

7. However, despite these efforts, I would still regularly and during some weeks on nearly a daily basis continue to receive these communications from LendGreen looking to get me to send them more money on the debt I owed them. A vast majority of these calls went unanswered; and therefore, are not documented on any statements from my cellular provider.

8. All of these collections' efforts by LendGreen has taken a toll on me emotionally. I suffer from Type 1 Diabetes, the genetically-related form of the illness, as well as severe clinical

depression. Because of the stress of my need to file for bankruptcy protection compounded by the regular and incessant telephone calls, emails and voicemails from LendGreen, I became so despondent that I simply could not rouse myself to even attend my original Meeting of Creditors on January 15, 2020 due to my mental health issues and suicidal ideations.

9. Even though my lawyer was able to get the Chapter 13 Trustee to agree to continue the Meeting of Creditors until March 18, 2020, I had to then deal with the further emotional stress of now dealing with the Chapter 13 Trustee's Motion to Dismiss because of my inability to attend that Meeting in the first place.

10. It seemed like every time I got comfortable with my decision to enter into Chapter 13, I would be hassled with another phone call, or email, or more voicemails by Lend Green. I thought they weren't supposed to be doing that. The more that I thought about it, the more I became anxious and second guessed my decision to seek bankruptcy protection.

11. There were weeks of calls from LendGreen after I filed for bankruptcy protection, that I was constantly being reminded me of what I didn't want to even think about any longer. I had hit rock bottom and I was done with all of this, including my life. I had decided that this mental and financial agony would never end. So I took things into my own hands.

12. On the evening of February 9, 2020, I attempted suicide due to my overwhelming stress, anxiety and lack of hope for a better life. I had such an overwhelming sense of nothingness in

my mind about finances and life that it was a culmination of those things that sent me over the edge and intentionally overdosing on medications.

13. I went into in-hospital rehabilitative therapy, in Massachusetts General Hospital for eleven days after I was resuscitated for an overdose from February 10, 2020 until February 20, 2020, after attempting to take my own life. Even so, I had to use vacation days while in the hospital and for a week after my discharge to mentally prepare myself for my return. I returned to work on March 2, 2020 and I returned emotionally, a defeated and broken man. Getting calls from LendGreen, even in recent days, certainly has not helped me in any way. I really hope these aggressive actions stop because I don't ever want to be in the position again waking up in the hospital with my family looking down on me thinking I wasn't going to make it. I don't wish that on anyone. All I want to do is move forward with my life and work on being healthy and happy and financially sound. My decision to enter into a Chapter 13 case was to try and give myself a better life. A stress-free life, and one that had some hope for a brighter future. I did not want to sign onto a plan that would be a consistent reminder of past thoughts or actions that caused this decision to become a hellish reality.

14. Only by the grace of God I am here today, and luckily, with the help of my team of doctors and my support at home, I am in a better state of mind. I would like this to be known to be fact. The actions taken by LendGreen that literally "sent me over the edge" should be known.

THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25th DAY OF MARCH, 2020.

Brian W. Coughlin, Affiant