UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>                    Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-FJB |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq., hereby certify that I have this day served a copy of the

Motion of the Debtor to Enforce the Automatic Stay and the Affidavit of Brian W.

Coughlin in Support of Motion of the Debtor to Enforce the Automatic Stay upon the

additional persons listed below, via First-Class Mail, Postage Paid, or, where indicated,

via electronic mail.


Date:   5/11/2020                    */s/ Richard N. Gottlieb, Esq.*
                                     Richard N. Gottlieb, Esq. BBO # 547970
                                     Law Offices of Richard N. Gottlieb
                                     Ten Tremont Street
                                     Suite 11, 3rd Floor
                                     Boston, MA 02108
                                     (617) 742-4491
                                     rnglaw@verizon.net

Persons served:


**Lac du Flambeau Band of Lake
Superior Chippewa Indians**
P.O. Box 67
Lac du Flambeau, WI 54538

**Nicole  Chapman-Reynolds, as
President of the Board of Directors of
the Lac Du Flambeau Business
Development Corporation**
14284 Highway 70 West
P.O. Box 155
Lac Du Flambeau, Wisconsin 54538

**Jessi L. Phillips-Lorenzo, President of
Board of Directors of LDF Holdings,
LLC**
2321 W North B St
Tampa FL 33609

**Joseph Wildcat, Sr., President
Lac du Flambeau Band of Lake
Superior Chippewa Indians**
418 Little Pines
Lac du Flambeau Wisconsin 54538