UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-FJB |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Richard N. Gottlieb, Esq., hereby certify that I have this day served a copy of the Motion of the Debtor to Enforce the Automatic Stay and the Affidavit of Brian W. Coughlin in Support of Motion of the Debtor to Enforce the Automatic Stay upon the additional persons listed below, via First-Class Mail, Postage Paid, or, where indicated, via electronic mail.

Date:   5/13/2020                                  */s/ Richard N. Gottlieb, Esq.*
　　　　　　　　　　　　　　　　　　Richard N. Gottlieb, Esq. BBO # 547970
　　　　　　　　　　　　　　　　　　Law Offices of Richard N. Gottlieb
　　　　　　　　　　　　　　　　　　Ten Tremont Street
　　　　　　　　　　　　　　　　　　Suite 11, 3rd Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　(617) 742-4491
　　　　　　　　　　　　　　　　　　rnglaw@verizon.net

Persons served:

**LDF Holdings, LLC**
P.O. Box 231
Lac du Flambeau, WI 54538