

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

*In re:*

BRIAN W. COUGHLIN,
Debtor

Ch. 13
19-14142-FJB

## Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing:
#27 Motion filed by Debtor Brian W. Coughlin to Enforce the Automatic Stay with certificate of service. (Attachments: # 1 Affidavit of Debtor in Support of Motion to Enforce the Automatic Stay) (Gottlieb, Richard)

**Decision set forth more fully as follows:**
Telephonic Hearing held on 5/7/2020. The Court shall hold an evidentiary hearing on this matter on August 17, 2020 at 9:30 A.M.

On or before May 22, 2020, the Debtor shall serve his motion and this order on Niiwin, LLC d/b/a Lendgreen; LDF Holdings, LLC; Lac du Flambeau Business Development Corporation; and the Lac du Flambeau Band of Lake Superior Chippewa Indians by registered mail; and on or before June 22, 2020, the Debtor shall file a certificate of such service and confirmation of its delivery to these entities.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 5/7/2020