```
                      United States Bankruptcy Court
                         District of Massachusetts
```

In re:                                                          Case No. 19-14142-fjb
Brian W. Coughlin                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ncalvo               Page 1 of 1        Date Rcvd: May 14, 2020
                              Form ID: pdf012            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db             +Brian W. Coughlin,    835 Saratoga Street,    Apt. 1,    Boston, MA 02128-3909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Carolyn Bankowski-13-12    13trustee@ch13boston.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Richard N. Gottlieb    on behalf of Debtor Brian W. Coughlin rnglaw@verizon.net,
               r39800@notify.bestcase.com
                                                                                             TOTAL: 3



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BRIAN W. COUGHLIN,<br>    Debtor | Ch. 13<br>19-14142-FJB |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing:
#27 Motion filed by Debtor Brian W. Coughlin to Enforce the Automatic Stay with certificate of service. (Attachments: # 1 Affidavit of Debtor in Support of Motion to Enforce the Automatic Stay) (Gottlieb, Richard)

**Decision set forth more fully as follows:**

Telephonic Hearing held on 5/7/2020. The Court shall hold an evidentiary hearing on this matter on August 17, 2020 at 9:30 A.M.

On or before May 22, 2020, the Debtor shall serve his motion and this order on Niiwin, LLC d/b/a Lendgreen; LDF Holdings, LLC; Lac du Flambeau Business Development Corporation; and the Lac du Flambeau Band of Lake Superior Chippewa Indians by registered mail; and on or before June 22, 2020, the Debtor shall file a certificate of such service and confirmation of its delivery to these entities.

By the Court,

*/s/ Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 5/7/2020