UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>                      Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-FJB |

**AFFIDAVIT OF DEBTOR REGARDING THE ENUMERATION OF DAMAGES IN SUPPORT OF MOTION OF THE DEBTOR TO ENFORCE THE AUTOMATIC STAY**

NOW COMES the Debtor, Brian W. Coughlin, and in support of the Motion of the Debtor to Enforce the Automatic stay, hereby takes oath and deposes and states as follows:

1. My name is Brian W. Coughlin. I am the Debtor in the above-captioned Chapter 13 proceeding. I make this affidavit based upon my personal knowledge of the facts and events contained herein.

2. Prior to the commencement of this Chapter 13 case on December 4, 2019, I had many debts owed to a number of creditors, including a number of short-term debts that I contracted over the Internet as "pay day" loans. Among these "pay day" loans obligations that I listed on my Bankruptcy Schedules was one owed to "LendGreen".

3. As I recall, I originally borrowed the amount of $1,100.00 on or about July of 2019. My account number with LendGreen ended with the digits 3572. As of the date of my bankruptcy filing, I owed LendGreen the sum of $1,594.91.

4. Notwithstanding having received notice from both my lawyer and the bankruptcy court that I had filed Chapter 13 and was proposing to pay creditors 100 cents on the dollar through my Chapter 13 Plan, I still continue to receive emails telephone calls and text message is from LendGreen.

5. Each time I was contacted I told the LendGreen representative that I had filed for bankruptcy and that they should contact my lawyer instead of me and gave them my lawyer's telephone number and email address if they had any questions.

6. However, despite these efforts, I would still regularly and during some weeks on nearly a daily basis continue to receive these communications from LendGreen looking to get me to send them more money on the debt I owed them.

7. All of these incessant collections' efforts by LendGreen took a tremendous toll on me emotionally. I suffer from Type 1 Diabetes, the genetically-related form of the illness, as well as severe clinical depression. The stress of my need to file for bankruptcy protection was compounded and escalated by the regular and never-ending telephone calls, emails and voicemails from LendGreen. Ultimately, I became so miserable with this state of affairs that I simply could not rouse myself to even attend my original Meeting of Creditors on January 15, 2020, and even started having suicidal thoughts caused by LendGreen's hectoring and harassment.

8. Even though my lawyer was able to get the Chapter 13 Trustee to agree to continue the Meeting of Creditors until March 18, 2020, I had to then deal with the further emotional stress of now deal with the Chapter 13 Trustee's Motion to Dismiss because of my inability to attend that original Meeting in the first place.

9. It seemed like every time I got comfortable with my decision to enter into Chapter 13, I would be hassled by yet another phone call, or email, or more voicemails from LendGreen.

10. There were weeks of calls from LendGreen after I filed for bankruptcy protection, that I was constantly being reminded me of what I didn't want to even think about any longer. I had hit rock bottom and I was done with all of this, including my life.

11. On February 9, 2020, I attempted suicide due to my overwhelming stress, anxiety and lack of hope for a better life. I had such an overwhelming sense of nothingness in my mind about finances and life that it was a culmination of those things that sent me over the edge and intentionally overdosing on medications.

12. I went into in-hospital rehabilitative therapy at Massachusetts General Hospital in Boston after I was resuscitated for from my attempt to take my own life due to the stresses induced by LendGreen's collections behavior from February 10, 2020 until February 20, 2020, after attempting to take my own life, amounting to eleven (11) days while I recovered. As a result of my hospitalization, I incurred Hospital and related medical bills amounting to a total of $76,828.33. A true and accurate copy of the hospital and medical bills I incurred is attached hereto as Exhibit "A"

13. Furthermore, because of my hospitalization caused by the actions of LendGreen, I was forced to use sick leave and vacation time from my employer, the City of Boston, amounting to a loss of $9,011.55. A true and accurate copy of my pay statement demonstrating this loss is attached hereto as Exhibit "B".

14. I have received from LendGreen since the start of my bankruptcy case on December 4, 2019 to date, approximately thirty-five (35) individual emails, text messages, and voicemail messages, all seeking recovery each once of which caused me to suffer further consternation and distress, manifested first by sleepless nights, rising anxiety and depression, and leading me to attempt to take my own life. These collection attempts by LendGreen did not stop even while I was being hospitalized but continued until March of 2020 when my lawyer, Richard Gottlieb, directly contacted LendGreen's collections manager by telephone directing them to cease and desist their collections actions.

15. In total, I estimate that for eighty-seven (87) days after the filing of my Chapter 13 case was filed on December 4, 2019, LendGreen's consistent, continuous and aggressive collections behavior impacted my mind on a daily basis, to the point where I felt I had no choice but to attempt to end my own life. I believe that the emotional distress caused to me by LendGreen's collections activities caused me to suffer emotional distress damages of at least $1,000 for each day of that time, for a total of $87,000.00.

16. Consequently, the total of my damages therefore amounts to the aggregate sum of $172,839.88, which I believe would fully compensate me for the losses and emotional distress that I have suffered at the hands of LendGreen and its related entities.

THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __7TH__ DAY OF __July__, 2020.

_____
Brian W. Coughlin, Affiant

# Exhibit "A"

Partners HealthCare
399 Revolution Drive STE 402
Somerville, MA 02145-1462

Patient Name: Coughlin, Brian W
Account: 664200
Date: 05/07/20



BRIAN W COUGHLIN
835 SARATOGA ST
APT 1
EAST BOSTON MA  02128-3909

**Visit Coverages:**
Blue Cross Blue Shield - Blue Cross Ma Ppo Epo

This is an itemization of charges, payments and adjustments for:

| | | | |
|---|---|---|---|
| Patient: | Coughlin, Brian W | Admission Date: | 02/10/20 |
| Account: | 6117633955 | Discharge Date: | 02/14/20 |
| Location | MGH Main Campus | Department: | |

**Total Account Balance: $312.00**

### Professional Charges

| Date of Service | Billing Provider | Procedure Code | PB Procedure Description | Qty | Amount |
|---|---|---|---|---|---|
| 02/10/2020 | FLORES, EFREN J | 71045 | CHG RADIOLOGIC EXAM CHEST SINGLE VIEW | 1 | 37.00 |
| 02/10/2020 | GRENNAN, KERRY B | 99283 | PR ED VISIT, LEVEL 3, MODERATE MEDICAL DECISION MAKING, CXWD | 1 | 245.00 |
| 02/10/2020 | SONIS, JONATHAN D | 99291 | PR CRITICAL CARE, E/M 30-74 MINUTES | 1 | 885.00 |
| 02/10/2020 | WILCOX, SUSAN R | 76604 | CHG US, CHEST, REAL TIME | 1 | 109.00 |
| 02/10/2020 | WILCOX, SUSAN R | 76857 | CHG SONO PELVIS LIMITED | 1 | 100.00 |
| 02/10/2020 | WILCOX, SUSAN R | 93308 | PR ECHO HEART XTHORACIC, LIMITED | 1 | 103.00 |
| 02/10/2020 | WOOD, MALISSA J | 93010 | PR ELECTROCARDIOGRAM REPORT | 1 | 34.00 |
| 02/11/2020 | GRENNAN, KERRY B | 99231 | PR SBSQ HOSPITAL CARE/DAY 15 MINUTES | 1 | 157.00 |
| 02/11/2020 | GUINEY, TIMOTHY EDWARD | 99223 | PR INITIAL HOSP CARE, LEVEL 3, HIGH MDM - CXWD | 1 | 808.00 |
| 02/11/2020 | HUTTER, ADOLPH MATTHEW | 93010 | PR ELECTROCARDIOGRAM REPORT | 1 | 34.00 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 1 of 2

GID: 664200, 02/10/20

| Date of Service | Billing Provider | Procedure Code | PB Procedure Description | Qty | Amount |
|---|---|---|---|---|---|
| 02/11/2020 | KING, FRANKLIN | 99223 | PR INITIAL HOSP CARE, LEVEL 3, HIGH MDM - CXWD | 1 | 808.00 |
| 02/11/2020 | SONG, ZIRUI | 99223 | PR INITIAL HOSPITAL CARE/DAY 70 MINUTES | 1 | 808.00 |
| 02/12/2020 | GRENNAN, KERRY B | 99231 | PR SBSQ HOSPITAL CARE/DAY 15 MINUTES | 1 | 157.00 |
| 02/12/2020 | SONG, ZIRUI | 99233 | PR SBSQ HOSPITAL CARE/DAY 35 MINUTES | 1 | 415.00 |
| 02/13/2020 | KING, FRANKLIN | 99233 | PR SBSQ HOSPITAL CARE/DAY 35 MINUTES | 1 | 415.00 |
| 02/13/2020 | LYNCH, CASEY ANNE | 99232 | PR SBSQ HOSPITAL CARE/DAY 25 MINUTES | 1 | 291.00 |
| 02/13/2020 | SARMA, AMY A | 99232 | PR SBSQ HOSPITAL CARE/DAY 25 MINUTES | 1 | 291.00 |
| 02/13/2020 | SONG, ZIRUI | 99232 | PR SBSQ HOSPITAL CARE/DAY 25 MINUTES | 1 | 291.00 |
| 02/14/2020 | LYNCH, CASEY ANNE | 99232 | PR SBSQ HOSPITAL CARE/DAY 25 MINUTES | 1 | 291.00 |
| 02/14/2020 | SONG, ZIRUI | 99231 | PR SBSQ HOSPITAL CARE/DAY 15 MINUTES | 1 | 157.00 |

Total professional charges: 6,436.00

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/22/20 | Blue Cross Blue Shield Payments | -3,552.49 |
| 04/22/20 | Blue Cross Blue Shield Adjustments | -2,571.51 |

Total professional payments and adjustments: -6,124.00



Brian W Coughlin
835 SARATOGA ST
APT 1
EAST BOSTON, MA 02128
United States of America

Visit Coverages:
Blue Cross Blue Shield - Blue Cross Ma Ppo Epo

This is an itemization of charges, payments and adjustments for:

| Patient: | Coughlin, Brian W | Admission Date: | 02/14/20 |
|---|---|---|---|
| Account: | 6118056145 | Discharge Date: | 02/20/20 |
| Location | MGH Main Campus | Department: | MGH ADMISSIONS |

Total Account Balance: $0.00

## Hospital Charges

| Date of Service | Rev Code | Procedure Code | Description | QTY | Amount |
|---|---|---|---|---|---|
| 02/14/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/14/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/14/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 6 | 10.00 |
| 02/14/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.63 |
| 02/14/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 3 | 2.80 |
| 02/15/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/15/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/15/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/15/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/15/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/15/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| 02/15/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 6 | 10.00 |
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.70 |
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 2.33 |
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.63 |
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.86 |
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 1 of 3

GID: 664200, 02/14/20

| Date of Service | Rev Code | Procedure Code | | QTY | Amount |
|---|---|---|---|---|---|
| 02/15/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.86 |
| 02/16/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/16/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/16/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/16/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/16/2020 | 0250 | | LEVOTHYROXINE 100 MCG TAB | 1 | 5.17 |
| 02/16/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/16/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/16/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| 02/16/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 6 | 10.00 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.86 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.86 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.40 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/16/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/17/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/17/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/17/2020 | 0250 | | ACETAMINOPHEN 325 MG TAB | 2 | 0.20 |
| 02/17/2020 | 0250 | | IBUPROFEN 400 MG TAB | 1 | 0.28 |
| 02/17/2020 | 0250 | | LEVOTHYROXINE 100 MCG TAB | 1 | 5.17 |
| 02/17/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/17/2020 | 0250 | | PSEUDOEPHEDRINE 30 MG TAB | 1 | 0.09 |
| 02/17/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/17/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 2.33 |
| 02/17/2020 | 0430 | 97150 | HC THERAPEUTIC PROCEDURES GROUP 2/> INDIVIDUALS | 1 | 123.00 |
| 02/17/2020 | 0434 | 97165 | HC OCCUPATIONAL THERAPY EVALUATION, LOW COMPLEXITY | 1 | 506.00 |
| 02/18/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/18/2020 | 0250 | | IBUPROFEN 400 MG TAB | 1 | 0.28 |
| 02/18/2020 | 0250 | | IBUPROFEN 400 MG TAB | 1 | 0.28 |
| 02/18/2020 | 0250 | | IBUPROFEN 400 MG TAB | 1 | 0.28 |
| 02/18/2020 | 0250 | | LEVOTHYROXINE 100 MCG TAB | 1 | 5.17 |
| 02/18/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| 02/18/2020 | 0430 | 97150 | HC THERAPEUTIC PROCEDURES GROUP 2/> INDIVIDUALS | 1 | 123.00 |
| 02/19/2020 | 0124 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - PSYCHIATRIC | 1 | 4,583.00 |
| 02/19/2020 | 0250 | | IBUPROFEN 400 MG TAB | 1 | 0.28 |
| 02/19/2020 | 0250 | | LEVOTHYROXINE 100 MCG TAB | 1 | 5.17 |
| 02/19/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| 02/19/2020 | 0430 | 97150 | HC THERAPEUTIC PROCEDURES GROUP 2/> INDIVIDUALS | 1 | 123.00 |
| 02/20/2020 | 0250 | | IBUPROFEN 400 MG TAB | 2 | 0.55 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

GID: 664200, 02/14/20

| Date of Service | Rev Code | Procedure Code | Description | QTY | Amount |
|---|---|---|---|---|---|
| 02/20/2020 | 0250 | | LEVOTHYROXINE 100 MCG TAB | 1 | 5.17 |
| 02/20/2020 | 0250 | | SERTRALINE 50 MG TAB | 1 | 1.09 |
| Total hospital charges: | | | | | 28,467.55 |

## Hospital Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 03/11/20 | Blue Cross Blue Shield Payments | -8,880.00 |
| 03/11/20 | Blue Cross Blue Shield Adjustments | -19,587.55 |
| Total hospital payments and adjustments: | | -28,467.55 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

GID: 664200, 02/14/20

Date: 05/07/20



Brian W Coughlin
835 SARATOGA ST
APT 1
EAST BOSTON, MA 02128
United States of America

Visit Coverages:
Blue Cross Blue Shield - Blue Cross Ma Ppo Epo

This is an itemization of charges, payments and adjustments for:

| Patient: | Coughlin, Brian W | Admission Date: | 02/14/20 |
|---|---|---|---|
| Account: | 6118110389 | Discharge Date: | 02/20/20 |
| Location | MGH Main Campus | Department: | |

Total Account Balance: $0.00

## Professional Charges

| Date of Service | Billing Provider | Procedure Code | PB Procedure Description | Qty | Amount |
|---|---|---|---|---|---|
| 02/17/2020 | O'CONNOR, THAO T | 99233 | PR SBSQ HOSPITAL CARE/DAY 35 MINUTES | 1 | 415.00 |
| 02/18/2020 | O'CONNOR, THAO T | 99233 | PR SBSQ HOSPITAL CARE/DAY 35 MINUTES | 1 | 415.00 |
| 02/19/2020 | O'CONNOR, THAO T | 99231 | PR SBSQ HOSPITAL CARE/DAY 15 MINUTES | 1 | 157.00 |
| Total professional charges: | | | | | 987.00 |

## Professional Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 03/04/20 | Blue Cross Blue Shield Payments | -252.67 |
| 03/04/20 | Blue Cross Blue Shield Adjustments | -734.33 |
| Total professional payments and adjustments: | | -987.00 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 1 of 1

GID: 664200, 02/14/20



Partners HealthCare
399 Revolution Drive STE 402
Somerville, MA 02145-1462

Patient Name: Coughlin, Brian W
Account: 664200
Date: 05/07/20

Brian W Coughlin
835 SARATOGA ST
APT 1
EAST BOSTON, MA 02128
United States of America

Visit Coverages:
Blue Cross Blue Shield - Blue Cross Ma Ppo Epo

This is an itemization of charges, payments and adjustments for:

| Patient: | Coughlin, Brian W | Admission Date: | 02/10/20 |
|---|---|---|---|
| Account: | 6117545974 | Discharge Date: | 02/14/20 |
| Location | MGH Main Campus | Department: | MGH EMERGENCY |

Total Account Balance: $0.00

## Hospital Charges

| Date of Service | Rev Code | Procedure Code | Description | QTY | Amount |
|---|---|---|---|---|---|
| 02/10/2020 | 0120 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 1 | 4,583.00 |
| 02/10/2020 | 0250 | | NALOXONE PER 1 MG | 1 | 79.50 |
| 02/10/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 4 | 7.14 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 1 | 1.82 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 1 | 1.82 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 1 | 1.82 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 1 | 1.82 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 1 | 36.33 |
| 02/10/2020 | 0250 | J2310 | NALOXONE PER 1 MG | 4 | 457.73 |
| 02/10/2020 | 0250 | J3475 | MAGNESIUM SULFATE 2 GRAM/50 ML (4%) PGBK | 4 | 39.74 |
| 02/10/2020 | 0250 | J3475 | MAGNESIUM SULFATE 2 GRAM/50 ML (4%) PGBK | 4 | 39.74 |
| 02/10/2020 | 0250 | J3490 | DILTIAZEM 5 MG/ML SOLN | 1 | 3.69 |
| 02/10/2020 | 0250 | J3490 | DILTIAZEM 5 MG/ML SOLN | 1 | 2.46 |
| 02/10/2020 | 0250 | J3490 | DILTIAZEM 5 MG/ML SOLN | 1 | 4.91 |
| 02/10/2020 | 0250 | J3490 | DILTIAZEM 5 MG/ML SOLN | 1 | 1.23 |
| 02/10/2020 | 0250 | J3490 | DILTIAZEM 5 MG/ML SOLN 10 ML VIAL | 1 | 29.01 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 1 of 5

GID: 664200, 02/10/20

| Date of Service | Rev Code | Procedure Code | | QTY | Amount |
|---|---|---|---|---|---|
| 02/10/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 1.21 |
| 02/10/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 1.21 |
| 02/10/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 1.21 |
| 02/10/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 1.21 |
| 02/10/2020 | 0250 | J7050 | NS PER 250 ML J7050, PER 500 ML J7040, PER 1000 ML J7030 | 1 | 7.65 |
| 02/10/2020 | 0250 | J7050 | NS PER 250 ML J7050, PER 500 ML J7040, PER 1000 ML J7030 | 2 | 7.65 |
| 02/10/2020 | 0260 | 96361 | HC IV INFUS HYDRATION EA ADDITIONAL HOUR - 96361 (AKA ...96361) | 2 | 392.00 |
| 02/10/2020 | 0260 | 96365 | HC IV INFUS NON-CHEMO INITIAL UP TO 1 HR - 96365 (AKA ...96365) | 1 | 877.00 |
| 02/10/2020 | 0260 | 96367 | HC IV INFUS NON-CHEMO EA ADD'L SEQ DIFF DRUG UP TO 1 HR - 96367 (AKA ...96367) | 1 | 414.00 |
| 02/10/2020 | 0260 | 96375 | HC THERAPEUTIC INJECTION IV PUSH EACH NEW DRUG (AKA ...96375) | 1 | 299.00 |
| 02/10/2020 | 0260 | 96376 | HC THER PROPH/DX NJX EA SEQL IV PUSH SBST/DRUG FAC (AKA ...96376) | 3 | 873.00 |
| 02/10/2020 | 0300 | 36415 | HC COLLECTION VENOUS BLOOD VENIPUNCTURE (AKA ...36415) | 1 | 16.00 |
| 02/10/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/10/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/10/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/10/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/10/2020 | 0300 | 80178 | HC DRUG SCREEN QUALITATIVE LITHIUM | 1 | 94.00 |
| 02/10/2020 | 0300 | 82375 | HC CARBOXYHEMOGLOBIN QUANTITATIVE | 1 | 176.00 |
| 02/10/2020 | 0300 | 82550 | HC CREATINE KINASE TOTAL | 1 | 92.00 |
| 02/10/2020 | 0300 | 82550 | HC CREATINE KINASE TOTAL | 1 | 92.00 |
| 02/10/2020 | 0300 | 82803 | HC BLOOD GASES ANY COMBINATION PH PCO2 PO2 CO2 HCO3 | 1 | 278.00 |
| 02/10/2020 | 0300 | 82803 | HC BLOOD GASES ANY COMBINATION PH PCO2 PO2 CO2 HCO3 | 1 | 278.00 |
| 02/10/2020 | 0300 | 82803 | HC BLOOD GASES ANY COMBINATION PH PCO2 PO2 CO2 HCO3 | 1 | 278.00 |
| 02/10/2020 | 0300 | 82803 | HC BLOOD GASES ANY COMBINATION PH PCO2 PO2 CO2 HCO3 | 1 | 278.00 |
| 02/10/2020 | 0300 | 83690 | HC ASSAY OF LIPASE | 1 | 97.00 |
| 02/10/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/10/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/10/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/10/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/10/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/10/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/10/2020 | 0300 | 84443 | HC ASSAY OF THYROID STIMULATING HORMONE TSH | 1 | 241.00 |
| 02/10/2020 | 0300 | 85025 | HC BLOOD COUNT COMPLETE AUTO&AUTO DIFRNTL WBC | 1 | 115.00 |
| 02/10/2020 | 0300 | 85027 | HC BLOOD COUNT COMPLETE AUTOMATED | 1 | 92.00 |
| 02/10/2020 | 0300 | 85610 | HC PROTHROMBIN TIME | 1 | 57.00 |
| 02/10/2020 | 0300 | G0480 | HC ALCOHOL (QUANTITATIVE ALCOHOLS) | 1 | 103.00 |
| 02/10/2020 | 0300 | G0480 | HC DRUG SCREEN ANALGESICS NON-OPIOID 1 OR 2 (ACETAMINOPHEN) | 1 | 101.00 |
| 02/10/2020 | 0300 | G0480 | HC DRUG SCREEN ANALGESICS NON-OPIOID 1 OR 2 | 1 | 101.00 |
| 02/10/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |
| 02/10/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 2 of 5

GID: 664200, 02/10/20

| Date of Service | Rev Code | Procedure Code | Description | QTY | Amount |
|---|---|---|---|---|---|
| 02/10/2020 | 0301 | 80307 | HC PRESUMPTIVE DRUG TEST BY INSTRUMENT CHEMISTRY ANALYZER | 1 | 656.00 |
| 02/10/2020 | 0301 | 80307 | HC PRESUMPTIVE DRUG TEST BY INSTRUMENT CHEMISTRY ANALYZER | 1 | 656.00 |
| 02/10/2020 | 0324 | 71045 | HC RADIOLOGIC EXAM CHEST SINGLE VIEW | 1 | 294.00 |
| 02/10/2020 | 0400 | 76604 | HC US CHEST REAL TIME W/IMAGE DOCUMENTATION (AKA ...76604) | 1 | 505.00 |
| 02/10/2020 | 0400 | 76857 | HC US PELVIC NONOBSTETRIC IMAGE DCMTN LIMITED/F/U (AKA ...76857) | 1 | 645.00 |
| 02/10/2020 | 0450 | 99291 | HC CRITICAL CARE ILL/INJURED PATIENT INIT 30-74 MIN (AKA ...99291) | 1 | 3,910.00 |
| 02/10/2020 | 0483 | 93308 | HC ECHO TRANSTHORC R-T 2D W/WO M-MODE REC F-UP/LMTD (AKA ...93308) | 1 | 1,227.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/10/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/11/2020 | 0120 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 1 | 4,583.00 |
| 02/11/2020 | 0250 | | NICOTINE 21 MG/24 HR PT24 | 1 | 6.81 |
| 02/11/2020 | 0250 | | PROPRANOLOL 10 MG TAB | 1 | 0.69 |
| 02/11/2020 | 0250 | | PROPRANOLOL 10 MG TAB | 1 | 0.69 |
| 02/11/2020 | 0250 | J1650 | ENOXAPARIN 40 MG/0.4 ML SYRG | 4 | 23.91 |
| 02/11/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 4 | 7.14 |
| 02/11/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/11/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.23 |
| 02/11/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/11/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.70 |
| 02/11/2020 | 0250 | J2060 | LORAZEPAM PER 2 MG | 1 | 3.29 |
| 02/11/2020 | 0250 | J2060 | LORAZEPAM PER 2 MG | 1 | 3.29 |
| 02/11/2020 | 0250 | J2060 | LORAZEPAM PER 2 MG | 1 | 3.29 |
| 02/11/2020 | 0250 | J3475 | MAGNESIUM SULFATE 2 GRAM/50 ML (4%) PGBK | 4 | 33.79 |
| 02/11/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 2.42 |
| 02/11/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 2.42 |
| 02/11/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 2.42 |
| 02/11/2020 | 0250 | J3490 | METOPROLOL TARTRATE 5 MG/5 ML SOLN | 1 | 2.42 |
| 02/11/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/11/2020 | 0300 | 82375 | HC CARBOXYHEMOGLOBIN QUANTITATIVE | 1 | 176.00 |
| 02/11/2020 | 0300 | 82550 | HC CREATINE KINASE TOTAL | 1 | 92.00 |
| 02/11/2020 | 0300 | 82550 | HC CREATINE KINASE TOTAL | 1 | 92.00 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

GID: 664200, 02/10/20

Case 19-14142    Doc 60    Filed 07/07/20    Entered 07/07/20 12:56:13    Desc Main
Document    Page 15 of 20

| Date of Service | Rev Code | Procedure Code | | QTY | Amount |
|---|---|---|---|---|---|
| 02/11/2020 | 0300 | 82803 | HC BLOOD GASES ANY COMBINATION PH PCO2 PO2 CO2 HCO3 | 1 | 278.00 |
| 02/11/2020 | 0300 | 82962 | HC GLUC BLD GLUC MNTR DEV CLEARED FDA SPEC HOME USE | 1 | 32.00 |
| 02/11/2020 | 0300 | 82962 | HC GLUC BLD GLUC MNTR DEV CLEARED FDA SPEC HOME USE | 1 | 32.00 |
| 02/11/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/11/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/11/2020 | 0300 | 85025 | HC BLOOD COUNT COMPLETE AUTO&AUTO DIFRNTL WBC | 1 | 115.00 |
| 02/11/2020 | 0300 | 85610 | HC PROTHROMBIN TIME | 1 | 57.00 |
| 02/11/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |
| 02/11/2020 | 0730 | 93005 | HC ECG ROUTINE ECG W/LEAST 12 LDS TRCG ONLY W/O I&R | 1 | 247.00 |
| 02/12/2020 | 0120 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 1 | 4,583.00 |
| 02/12/2020 | 0250 | | NICOTINE 21 MG/24 HR PT24 | 1 | 6.81 |
| 02/12/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/12/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/12/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/12/2020 | 0250 | | PROPRANOLOL 40 MG TAB | 1 | 2.16 |
| 02/12/2020 | 0250 | | PROPRANOLOL 40 MG TAB | 1 | 2.16 |
| 02/12/2020 | 0250 | | PROPRANOLOL 40 MG TAB | 1 | 2.16 |
| 02/12/2020 | 0250 | J1650 | ENOXAPARIN 40 MG/0.4 ML SYRG | 4 | 23.91 |
| 02/12/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 5 | 8.57 |
| 02/12/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.23 |
| 02/12/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/12/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.47 |
| 02/12/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.40 |
| 02/12/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/12/2020 | 0250 | J2060 | LORAZEPAM PER 2 MG | 1 | 3.29 |
| 02/12/2020 | 0250 | J3475 | MAGNESIUM SULFATE 2 GRAM/50 ML (4%) PGBK | 4 | 39.74 |
| 02/12/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/12/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/12/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/12/2020 | 0300 | 85025 | HC BLOOD COUNT COMPLETE AUTO&AUTO DIFRNTL WBC | 1 | 115.00 |
| 02/12/2020 | 0300 | 85610 | HC PROTHROMBIN TIME | 1 | 57.00 |
| 02/12/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |
| 02/13/2020 | 0120 | | HC R&B - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 1 | 4,583.00 |
| 02/13/2020 | 0250 | | NICOTINE 21 MG/24 HR PT24 | 1 | 6.81 |
| 02/13/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/13/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/13/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/13/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/13/2020 | 0250 | | PROPRANOLOL 40 MG TAB | 1 | 2.16 |
| 02/13/2020 | 0250 | J1650 | ENOXAPARIN 40 MG/0.4 ML SYRG | 4 | 23.91 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 4 of 5

GID: 664200, 02/10/20

| Date of Service | Rev Code | Procedure Code | Description | QTY | Amount |
|---|---|---|---|---|---|
| 02/13/2020 | 0250 | J1815 | INSULIN GLARGINE PER 5 UNITS | 6 | 10.00 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.70 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.63 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 1.17 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 1.17 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.40 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.63 |
| 02/13/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 1 | 0.93 |
| 02/13/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/13/2020 | 0300 | 82550 | HC CREATINE KINASE TOTAL | 1 | 92.00 |
| 02/13/2020 | 0300 | 83036 | HC HEMOGLOBIN GLYCOSYLATED A1C | 1 | 137.00 |
| 02/13/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/13/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/13/2020 | 0300 | 85025 | HC BLOOD COUNT COMPLETE AUTO&AUTO DIFRNTL WBC | 1 | 115.00 |
| 02/13/2020 | 0300 | 85610 | HC PROTHROMBIN TIME | 1 | 57.00 |
| 02/13/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |
| 02/14/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/14/2020 | 0250 | | POTASSIUM, SODIUM PHOSPHATES 280-160-250 MG PWPK | 1 | 1.73 |
| 02/14/2020 | 0250 | J1650 | ENOXAPARIN 40 MG/0.4 ML SYRG | 4 | 23.91 |
| 02/14/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.86 |
| 02/14/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.40 |
| 02/14/2020 | 0250 | J1815 | INSULIN LISPRO (HUMAN) PER 5 UNITS | 2 | 1.40 |
| 02/14/2020 | 0300 | 80048 | HC BASIC METABOLIC PANEL CALCIUM TOTAL | 1 | 120.00 |
| 02/14/2020 | 0300 | 83735 | HC ASSAY OF MAGNESIUM | 1 | 94.00 |
| 02/14/2020 | 0300 | 84100 | HC ASSAY OF PHOSPHORUS INORGANIC | 1 | 69.00 |
| 02/14/2020 | 0300 | 85025 | HC BLOOD COUNT COMPLETE AUTO&AUTO DIFRNTL WBC | 1 | 115.00 |
| 02/14/2020 | 0300 | 85610 | HC PROTHROMBIN TIME | 1 | 57.00 |
| 02/14/2020 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 117.00 |
| Total hospital charges: | | | | | 39,472.30 |

## Hospital Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 03/11/20 | Blue Cross Blue Shield Payments | -19,371.75 |
| 03/11/20 | Blue Cross Blue Shield Adjustments | -20,100.55 |
| Total hospital payments and adjustments: | | -39,472.30 |

This is itemization of services for the time period indicated is provided at your request. Please call 617-726-3884 if you have any questions or need assistance with your account.

Page 5 of 5

GID: 664200, 02/10/20

```
                            BOSTON EMS
                            PO BOX 415936
                            BOSTON MA 02241-5936
                            PHONE#: 844/353-7842
                            TAX ID#: 04-3316655
```

******************* S P E C I A L   S T A T E M E N T *******************

RESPONSIBLE PARTY:
-----------------
BRIAN W COUGHLIN
835 SARATOGA ST                                 DATE...:     05-15-20
APT 1
EAST BOSTON MA 02128                   ACCOUNT BALANCE:      1465.48
                                       SELFPAY BALANCE:         0.00


PATIENT NAME:                                      ACCOUNT NO.
-------------                                      -----------
BRIAN W COUGHLIN                                   5848-8096640


                ---------- ENCOUNTER# 1 TRANSACTIONS ----------
DATE       QTY   CODE    SITE   DESCRIPTION                         CHARGES
--------------------------------------------------------------------------
02-10-20    1    A0429   MGH    BLS EMERGENCY TRANSPORT             1385.00
                                FROM:SCENE OF ACCIDENT
                                TO  :HOSPITAL
02-10-20    1    A0425   MGH    MILEAGE BLS                           80.48
                                3.1 MILES
                                ** ENCOUNTER TOTAL                  1465.48




                                                 BALANCE:           1465.48

If this bill presents a financial hardship to you,
please contact us at 844-353-7842 to explore options
and qualifications for financial assistance.

# Exhibit "B"

Treasury Department
Pay Begin Date: 02/01/2020
Advice #: 0012354237
Advice Date: 02/21/2020

| | | | | |
|---|---|---|---|---|
| **Brian Wiliam Coughlin** | Employee ID: | 132323 | | |
| 441 Bennington St. | Department: | 311000-Public Works Department | | |
| East Boston, MA 02128-1837 | Location: | Pwd Sanitary | | |
| | Job Title: | Supn-Sanitation | | |
| | Pay Rate: | $4,742.92 Biweekly | | |

| TAX DATA: | Federal | MA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular Pay | 59.286483 | 40.00 | 2,371.46 | 236.00 | 13,991.61 |
| Snow-Over Time | 88.929725 | 23.00 | 2,045.38 | 99.50 | 8,848.50 |
| Sick Leave-Paid-Non-Salaried | 59.286483 | 40.00 | 2,371.46 | 40.00 | 2,371.46 |
| Reimbursement-Expenses-Unit | 4.500000 | 3.00 | 13.50 | 11.00 | 49.50 |
| Holiday Pay | | 0.00 | 0.00 | 24.00 | 1,422.87 |
| Overtime-Straight | | 0.00 | 0.00 | 8.00 | 474.29 |
| Overtime-Time&Half | | 0.00 | 0.00 | 38.50 | 3,423.80 |
| Personal From Sick NonSalaried | | 0.00 | 0.00 | 9.00 | 533.58 |
| Vacation-Paid-Non-Salaried | | 0.00 | 0.00 | 11.00 | 652.15 |
| **TOTAL:** | | **106.00** | **6,801.80** | **477.00** | **31,767.76** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,081.46 | 5,340.83 |
| Fed MED/EE | 87.65 | 416.74 |
| MA Withholdng | 308.34 | 1,468.97 |
| **TOTAL:** | **1,477.45** | **7,226.54** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Care Elect Pref Before Tx | 178.32 | 713.28 |
| Basic Life and AD&D 10K BTax | 2.88 | 11.52 |
| Commonwealth 457 Def Comp Plan | 300.00 | 1,200.00 |
| Flex Spending Med/Dent | 76.93 | 307.72 |
| Retirement 9+2% BT | 498.65 | 1,994.60 |
| **TOTAL:** | **1,056.78** | **4,227.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Flex Spending Fee | 2.49 | 9.96 |
| Int.Treasurers USWA (Sena) | 65.16 | 260.64 |
| **TOTAL:** | **67.65** | **270.60** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Care Elect Pref Before Tx | 426.15 | 1,704.60 |
| Basic Life and AD&D 10K BTax | 2.89 | 11.56 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,801.80 | 5,745.02 | 1,477.45 | 1,124.43 | 4,199.92 |
| YTD | 31,767.76 | 27,540.64 | 7,226.54 | 4,497.72 | 20,043.50 |

| Leave Type | Balance as of Pay End Date |
|---|---|
| Vacation: | 232.0 |
| Personal: | 0.0 |
| Sick: | 244.8 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0012354237 | Checking | XXXXXXXX4492 | 4,199.92 |
| **TOTAL:** | | | **4,199.92** |

**MESSAGE:**

**City of Boston**
Treasury Department

| Pay Group: | City-BiWeekly | Business Unit: | COBBU |
|---|---|---|---|
| Pay Begin Date: | 02/15/2020 | Advice #: | 0012379871 |
| Pay End Date: | 02/28/2020 | Advice Date: | 03/06/2020 |

**Brian Wiliam Coughlin**
441 Bennington St.
East Boston, MA 02128-1837

| Employee ID: | 132323 |
|---|---|
| Department: | 311000-Public Works Department |
| Location: | Pwd Sanitary |
| Job Title: | Supn-Sanitation |
| Pay Rate: | $4,742.92 Biweekly |

**TAX DATA:**
| | Federal | MA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Reimbursement-Expenses-Unit | 4.500000 | 1.00 | 4.50 | 12.00 | 54.00 |
| Snow-Over Time | 88.929725 | 5.50 | 489.11 | 105.00 | 9,337.61 |
| Sick Leave-Paid-Non-Salaried | 59.286483 | -40.00 | -2,371.46 | | 0.00 |
| Vacation-Paid-Non-Salaried | 59.286483 | 112.00 | 6,640.09 | 123.00 | 7,292.24 |
| Holiday Pay | 59.286483 | 8.00 | 474.29 | 32.00 | 1,897.16 |
| Overtime-Straight | | | 0.00 | 8.00 | 474.29 |
| Overtime-Time&Half | | | 0.00 | 38.50 | 3,423.80 |
| Personal From Sick NonSalaried | | | 0.00 | 9.00 | 533.58 |
| Regular Pay | | | 0.00 | 236.00 | 13,991.61 |
| **TOTAL:** | | **86.50** | **5,236.53** | **563.50** | **37,004.29** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 732.55 | 6,073.38 |
| Fed MED/EE | 64.96 | 481.70 |
| MA Withholdng | 230.08 | 1,699.05 |
| **TOTAL:** | **1,027.59** | **8,254.13** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Care Elect Pref Before Tx | 178.32 | 891.60 |
| Basic Life and AD&D 10K BTax | 2.88 | 14.40 |
| Commonwealth 457 Def Comp Plan | 300.00 | 1,500.00 |
| Flex Spending Med/Dent | 76.93 | 384.65 |
| Retirement 9+2% BT | 498.65 | 2,493.25 |
| **TOTAL:** | **1,056.78** | **5,283.90** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Flex Spending Fee | 2.49 | 12.45 |
| Int.Treasurers USWA (Sena) | 65.16 | 325.80 |
| **TOTAL:** | **67.65** | **338.25** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Care Elect Pref Before Tx | 426.15 | 2,130.75 |
| Basic Life and AD&D 10K BTax | 2.89 | 14.45 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,236.53 | 4,179.75 | 1,027.59 | 1,124.43 | 3,084.51 |
| YTD | 37,004.29 | 31,720.39 | 8,254.13 | 5,622.15 | 23,128.01 |

| Leave Type | Balance as of Pay End Date |
|---|---|
| Vacation: | 120.0 |
| Personal: | 0.0 |
| Sick: | 289.4 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0012379871 | Checking | XXXXXXXX4492 | 3,084.51 |
| **TOTAL:** | | | **3,084.51** |

**MESSAGE:**