# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re:<br><br>BRIAN W. COUGHLIN,<br><br>    Debtor. | Chapter 13<br><br>Case No. 19-14142-FJB |

## MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the Lac du Flambeau Band of Lake Superior Chippewa Indians (the "Tribe") moves the Court under Fed. R. Bankr. P. 7012(b) to dismiss Brian W. Coughlin's contested matter against the Tribe as follows:

(1) for failure to state a claim under Fed. R. Civ. P. 12(b)(6); and

(2) for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

This motion is based upon the attached memorandum of law and all the filings, records, and proceedings in this case.

Dated: July 30, 2020

Respectfully submitted,

  */s/ Adrienne K. Walker*
Adrienne K. Walker, Esq.
Aaron M. Williams, Esq.
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail:  awalker@mintz.com
           amwilliams@mintz.com

                                        Andrew Adams III, Esq. (pro hac vice)
                                        Peter J. Rademacher, Esq. (pro hac vice)
                                        Hogen Adams PLLC
                                        1935 County Road B2 West, Suite 460
                                        St. Paul, Minnesota 55113
                                        Tel:  651-842-9100
                                        Fax:  651-842-9101
                                        E-mail:  aadams@hogenadams.com
                                                      prademacher@hogenadams.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT MASSACHUSETTS
(Eastern Division)**

| | |
|---|---|
| In re:<br><br>BRIAN W. COUGHLIN,<br><br>    Debtor. | Chapter 13<br><br>Case No. 19-14142-FJB |

**CERTIFICATE OF SERVICE**

    I, Adrienne K. Walker, do hereby certify that on the 30th of July, 2020, I caused copies of the *Motion to Dismiss* and *Memorandum in Support of Motion to Dismiss* to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein and to the parties on the attached service list.

Dated: July 30, 2020

                                         */s/ Adrienne K. Walker*
                                         Adrienne K. Walker, Esq.