UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>                  Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-CJP |

## STATEMENT OF DEBTOR REGARDING EXISTENCE OF DISCOVERY DISPUTE BETWEEN THE PARTIES AND REQUEST FOR INFORMAL DISCOVERY CONFERENCE

NOW COMES the Debtor, Brian W. Coughlin, and hereby serves notice to the Court of the existence of a discovery-related dispute with Counsel for the Lac Du Flambeau Band of Lake Superior Chippewa Indians, Niiwin, LLC d/b/a "Lendgreen", the LDF Business Development Corporation and LDF Holdings, LLC (collectively, the "Respondent"). The Debtor represents that he has in good faith attempted to resolve this discovery dispute but without success. Consequently, the Debtor requests a pre-motion conference to be held telephonically with the Court by counsel for the Debtor and counsel for the Respondent. The general summary of the issues to be discussed are as follows:

1. The Respondent has indicated that it will not answer Interrogatory No. 7(b): "Please identify . . . (b) all persons, whether such . . . persons are located within or without the United States, . . . concerning the day-to-day management and/or executive decision-making of the Internet Payday Lending Operations of the [Respondent]."

2. Additionally, the Respondent has indicated that it will not answer Interrogatory No. 9(b): "Please identify . . . (b) all persons, whether such . . . persons are located within or without the United States, . . . concerning the maintenance of all Internet websites used in connection with the Internet Payday Lending Operations of the [Respondent]."

WHEREFORE, the Debtor respectfully requests the court immediately schedule an informal telephonic discovery conference in order to resolve the discovery related dispute at issue, and for such other relief as the court may be deemed just and proper under the circumstances.

                                                  BRIAN W. COUGHLIN, Debtor
                                                  By his Attorney,

Date:  9/9/2022                            */s/ Richard N. Gottlieb, Esq.*
                                                  Richard N. Gottlieb, Esq. BBO# 547970
                                                  Law Offices of Richard N. Gottlieb
                                                  Ten Tremont Street
                                                  Suite 11, 3rd Floor
                                                  Boston, MA 02108
                                                  (617) 742-4491
                                                  rnglaw@verizon.net

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
BRIAN W. COUGHLIN,
          Debtor

IN PROCEEDINGS UNDER
CHAPTER 13
CASE NO. 19-14142-CJP

## **CERTIFICATE OF SERVICE**

I, Richard N. Gottlieb, Esq., do hereby certify that I have this day served a copy of the Statement of Debtor Regarding Existence of Discovery Dispute Between the Parties And Request For Informal Discovery Conference via the Court CM/ECF Electronic Messaging System on the persons listed below.

Date: September 9, 2022

/s/ Richard N. Gottlieb, Esq.
Richard N. Gottlieb, Esq. BBO # 547970
Law Offices of Richard N. Gottlieb
Ten Tremont Street
Suite 11, 3rd Floor
Boston, Massachusetts 02108
(617) 742-4491
rnglaw@verizon.net

**PERSONS SERVED:**

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**Adrienne K. Walker, Esq.**
**Hanna J. Ciechanowski, Esq.**
LOCKE LORD, LLP
(Served via CM/ECF)

**Scott J. Goldstein; admitted pro hac vice**
**Zachary R.G. Fairlie; admitted pro hac vice**
SPENCER FANE, LLC
(Served via CM/ECF)

**Andrew Adams III; admitted pro hac vice**
**Peter Rademacher; admitted pro hac vice**
HOGEN ADAMS, LLC
(Served via CM/ECF)