United States Bankruptcy Court

District of Massachusetts

In re:                                                                              Case No. 19-14142-cjp

Brian W. Coughlin                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Coughlin, 441 Bennington St, Boston, MA 02128-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne K Walker | |
| | on behalf of Creditor Niiwin  LLC d/b/a Lendgreen awalker@lockelord.com |
| Adrienne K Walker | |
| | on behalf of Creditor Lac du Flambeau Band of Lake Superior Chippewa Indians awalker@lockelord.com |
| Adrienne K Walker | |
| | on behalf of Creditor L.D.F. Business Development Corporation awalker@lockelord.com |
| Adrienne K Walker | |
| | on behalf of Creditor LDF Holdings  LLC awalker@lockelord.com |
| Carolyn Bankowski-13-12 | |
| | 13trustee@ch13boston.com |
| Hanna Ciechanowski | |
| | on behalf of Creditor Lac du Flambeau Band of Lake Superior Chippewa Indians hanna.ciechanowski@lockelord.com |

District/off: 0101-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 21, 2022 | Form ID: pdf012 | Total Noticed: 1

Hanna Ciechanowski

on behalf of Creditor LDF Holdings  LLC hanna.ciechanowski@lockelord.com

Hanna Ciechanowski

on behalf of Creditor Niiwin  LLC d/b/a Lendgreen hanna.ciechanowski@lockelord.com

Hanna Ciechanowski

on behalf of Creditor L.D.F. Business Development Corporation hanna.ciechanowski@lockelord.com

John Fitzgerald

USTPRegion01.BO.ECF@USDOJ.GOV

Martin A. Mooney

on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing Martin.Mooney@ag.ny.gov

Richard N. Gottlieb

on behalf of Debtor Brian W. Coughlin rnglaw@verizon.net  r39800@notify.bestcase.com


TOTAL: 12



### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| BRIAN W. COUGHLIN, | Ch. 13 |
| Debtor | 19-14142-CJP |

**Proceeding Memorandum and Order**

**MATTER:**

Telephonic Hearing on #158 Debtor's Motion for Conversion of Case from Contested Matter to Adversary Proceeding and Request for Injunctive Relief so as to Preserve Assets Pending Entry of Judgment (Richard N. Gottlieb); #165 and #166  Objection and #175 Supplemental Objection of Niiwin, LLC d/b/a Lendgreen, LDF Business Development Corporation, LDF Holdings, LLC and Lac du Flambeau Band of Lake Superior Chippewa Indians (Adrienne K. Walker).

**Decision set forth more fully as follows:**

WITHDRAWN ON THE RECORD WITHOUT PREJUDICE.

Dated: 9/21/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge