# UNITED STATED BANKRUPTCY COURT

District of Massachusetts

PDF File with Audio File Attachment

---

| | |
|---|---|
| Case Type: | bk |
| Case Number: | 19-14142 |
| Case Title: | Brian W. Coughlin |
| Audio Date/Time: | 12/05/2023  02:02 PM - 3:27 PM |
| Audio File Name: | Worc Courtroom CJP_20231205.MP3 |
| Audio File Size: | 38.8 MB |
| Audio Run Time: | [01:24:56] |

**HELP USING THIS FILE:**

An audio file is embedded as an attachment in this PDF document.  To listen to the file, click on the Attachments tab (or the Paper Clip icon).  Select the audio file and click Open.

> *This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."*