# Exhibit "H"

AMENDMENT TO
SERVICING AGREEMENT

THIS AMENDMENT TO SERVICING AGREEMENT ("Amendment") is made and entered into effective as of the 8th day of September 2017, by and among NIIWIN, LLC d/b/a LENDGREEN, (the "Company") a wholly owned subsidiary of LDF HOLDINGS, LLC ("LDF"), a limited liability company wholly owned and operated by the Lac du Flambeau Business Development Corporation, a sovereign economic arm, enterprise and instrumentality of, and created under the laws of and for the benefit of, the Lac de Flambeau Band of Lake Superior Chippewa Indians of Wisconsin (the "Tribe"), a federally-recognized sovereign American Indian tribe, and VIVUS SERVICING, LTD., a corporation organized under the laws of British Columbia ("Servicing Agent"). The Company and Servicing Agent shall collectively be referred to herein as "Parties" and may from time to time be individually referred to as "Party."

## W I T N E S S E T H

WHEREAS, Niiwin and Servicing Agent entered into a Servicing Agreement dated August 5, 2013 ("Servicing Agreement"); and

WHEREAS, the Parties now desire to amend the Servicing Agreement pursuant to the terms hereof and have agreed to adopt, ratify and confirm the Servicing Agreement subject to the amendments herein.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and agreed by both Parties, the Parties, intending to be legally bound, hereby agree as follows:

1. **Defined Terms.** All defined terms not otherwise defined herein shall have the meaning set forth in the Servicing Agreement.

2. **Termination of Agreement.** Pursuant to Section 7.1 of the Servicing Agreement, the Parties agree that the Servicing Agent shall wind down the portfolio and that Servicing Agreement shall terminate, based upon mutual consent of the Parties, at 11:59 p.m. on August 2, 2019.

3. **Operating Expenses.** Section 2.15 of the Servicing Agreement is amended as follows:

**2.15. Operating Expenses.** "Operating Expenses" shall mean all the expenses of the operation of the business of the Company, including but not limited to capital expenses. Operating Expenses shall also include such reasonable expenses of the Tribe, LDF and/or BDC, including but not limited to capital expenses, as may be reasonably characterized as Operating Expenses of the Company, (collectively, "Tribal Operating Expenses"). Operating Expenses may be assessed monthly to the Company and do not require Servicing Agent's written approval, but shall not under any circumstances exceed $7,400 per month. Notwithstanding anything

1

Confidential-Subject to Protective Order

herein to the contrary, the Operating Expenses shall be paid by the Company to LDF in accordance with Section 5.

4.      **Exhibit A.** Exhibit A to the Servicing Agreement has been amended from time to time. The most recent version of Exhibit A is attached hereto. The Parties agree that any further changes or modifications to Exhibit A must be made in writing signed by all Parties hereto, as required by Section 17.24 of the Servicing Agreement.

5.      **Ratification of Servicing Agreement.** The Servicing Agreement, as amended, is hereby ratified and confirmed. In the event of any inconsistencies between this Amendment and the Servicing Agreement, the terms and conditions of this Amendment shall control.

6.      **Indemnification.** Section 11.1 of the Servicing Agreement shall be deleted in its entirety and modified as follows:

11.1.1      By Servicing Agent.      Servicing Agent hereby indemnifies and agrees to hold harmless the Tribe, BDC, LDF, Company, and their respective Affiliates, and their respective Affiliate's officers, directors, members, employees, representatives, shareholders, agents and attorneys (the "Company Indemnified Parties") against any and all claims, losses, liabilities, damages, penalties, demands, judgments, settlements, costs and expenses ("Losses") suffered or incurred by such Company Indemnified Parties as a result of, or with respect to, or arising from (a) the origination, renewal, servicing or collection of the Loans, whether such Losses arise from consumer or regulatory claims; (b) any breach by Servicing Agent of its obligations under this Agreement or the inaccuracy of any warranty or representation of Servicing Agent set forth herein; (c) the negligence or intentional misconduct of Servicing Agent or its employees, agents, or representatives; (d) any negligent act or omission of any third-party service provider retained by Servicing Agent, the material inaccuracy of any warranty or representation made for the benefit of Company by any third-party service provider retained by Servicing Agent, or the breach of any obligation owed to Company by any third-party service provider retained by Servicing Agent; or (e) any Losses resulting from the theft of personal identifying information with regard to any Loan from any facilities (physical or electronic) controlled by Servicing Agent or any third party service provider retained by Servicing Agent; provided, however, none of such Losses are attributable to (i) any breach by Company of its obligations under this Agreement or the inaccuracy of any warranty or representation of Company set forth herein, (ii) the negligence or intentional misconduct of Company or any of its employees, agents, or representatives,  or (iii) the theft of personal identifying information with regard to any Loan from any facilities (physical or electronic) controlled by Company; and provided further, however, Servicing Agent shall not be required to provide any indemnification to the extent coverage for such claims is to be provided out of the Litigation Reserve Fund.

11.1.2.      By Company. Company shall indemnify and hold harmless Servicing Agent and its members, managers, officers, directors, agents and employees and consultants from and against any claim, loss, cost, liability, damage, penalty, demand, judgment, settlement or expense (including, without limitation, reasonable attorneys' fees and costs of suits) that arise out of or relate to (i) any breach by Company of its express representations,

2

warranties, covenants or other responsibilities set forth in this Agreement or (ii) any willful misconduct or gross negligence by Company with respect to Company's operation of its day-to-day business or performance of this Agreement. Company shall not be liable to Servicing Agent for the foregoing to the extent the losses arise from Servicing Agent's gross negligence or willful misconduct, as determined by arbitration pursuant to this Agreement.

7.    **Joint Use of Customer Data.** The Parties acknowledge that in accordance with Section 7.5 of the Servicing Agreement, at the conclusion of the Term, all customer information, including but not limited to names, addresses, telephone numbers, social security numbers and financial information, shall be transferred to Servicing Agent and that the Company shall not use such information, nor distribute, sell or transfer such information to any third party other than consumer reporting agencies or as required by applicable law without the written consent of Servicing Agent. The Parties further agree that within thirty (30) days of the execution of this Amendment, the Company shall update its privacy notice consistent with the principles of Title V of the Gramm-Leach-Bliley Act, 12 USC §§ 6801 *et seq.*, and Regulation P, 12 CFR Part 1016, to indicate that it may share personal customer information with non-affiliated third parties to market to customers and shall attempt in good faith to provide notice of its modified privacy notice to all current and former customers, including procedures for current and former customers to opt out of this sharing arrangement. The Company further agrees that forty (40) days after providing such modified privacy notice to all current and former customers, the Company will share personal customer information with Servicing Agent of all customers who failed to opt out of the sharing arrangement. Servicing Agent agrees that it will only use, distribute, sell or transfer such personal information as provided by applicable law.

8.    **Counterparts.** The Amendment may be executed in any number of counterparts with the same effect as if all parties hereto had all signed the same document. All counterparts will be construed together and will constitute one Agreement. Facsimile or pdf signatures shall be treated as originals.

THIS SPACE INTENTIONALLY BLANK

SIGNATURES CONTINUED ON FOLLOWING PAGE

3

Confidential-Subject to Protective Order

Niwiin_000199

The parties hereto have executed this Amendment to Servicing Agreement as of the date first above written.

NIIWIN, LLC

By: LDF HOLDINGS, LLC, its Manager

By: _Jessi Lorenzo_ _____
FE3FDCA007354D2...

Name:  Jessi Lorenzo
Title:  Vice President of Lending

VIVUS SERVICING, LTD.

By: _____

Name: Mark Bettiol
Title: General Manager and President

4

## AMENDMENT TO SERVICING AGREEMENT

This Amendment to Servicing Agreement ("Amendment") is made and entered into this 22nd day of October, 2019, by and between Niiwin, LLC d/b/a Lendgreen ("Company") and Vivus Servicing Ltd. ("Servicing Agent") and constitutes an Amendment to that certain Servicing Agreement dated August 2, 2013 (the "Servicing Agreement"). Company and the Servicing Agent shall be collectively referred to herein as "Parties" and may from time to time be individually referred to as "Party." *The purpose of this Amendment is to retroactively modify the date of termination of the Servicing Agreement, effective as of August 2, 2019.*

1.    Termination of Servicing Agreement.  Pursuant to Section 7.1 of the Servicing Agreement, the Parties agree that the Servicing Agent shall wind down the portfolio and that the Servicing Agreement shall terminate, based on the mutual consent of the Parties, at 11:59 p.m. on December 31, 2021.

2.    Counterparts.  This Amendment may be executed in counterparts and exchanged by facsimile or other electronic means such as e-mail of a PDF, all of which executed and exchanged counterparts shall together constitute a single document.  Signature pages may be detached from the counterparts and attached to a single copy of this Amendment to physically form one document.

3.    Miscellaneous.  All terms and conditions of the Servicing Agreement which are not expressly modified by this Amendment shall remain in full force and effect as if this Amendment had not been executed and delivered.  All references contained within such Servicing Agreement shall be deemed to refer to the Servicing Agreement as hereby modified and amended.  This Amendment shall be binding upon Company and Servicing Agent and each of their respective successors and assigns.

IN WITNESS WHEREOF, the parties have executed this Amendment effective as of the date first written above.

VIVUS SERVICING LTD.

By:  _____

Name:  Mary Jo Walker

Title:   Director

NIIWIN, LLC d/b/a LENDGREEN

By:  _____

Name:  Jessi Lorenzo

Title:  President of LDF Holdings, LLC

1

# Exhibit "I"



**4finance**
2.9

38 reviews

| Follow | Write a review |
|--------|----------------|

| Snapshot | **Why Join Us** | 38 Reviews | 31 Salaries | Jobs | 7 Questions | Interviews | 1 Photos |

## About 4finance

Vivus Servicing Ltd. is the Canadian/US Headquarters for 4Finance Group.

4Finance is an online lender and financial services company that has successfully proven itself as a leader in Northern Europe's financial markets of Latvia, Lithuania, Finland, Sweden, and Denmark. As part of a further strategic expansion, the company has established its operations in North America (Canada and USA) as well as in other European markets. Our goal is to provide our clients with a fast, easy, and convenient experience, while providing exceptional customer service and satisfaction. For more information about our company please visit www.4finance.com. — less



See all 1 4finance photo →

## Company Details

**Headquarters**
Riga

**Revenue**
$30m to $130m (CAD)

**Employees**
201 to 500

**Industry**
Manufacturing

**Links**
4finance website

Claimed Profile ✓

## Find another company

| Company name |
|--------------|

| Search |

© 2022 Indeed    Accessibility at Indeed    Privacy Centre    Cookies    Privacy    Terms

# Exhibit "J"

10/20/22, 1:49 PM                 4 Finance Corp Company Profile | Oakville, ON, Canada | Competitors, Financials & Contacts - Dun & Bradstreet

Case 19-14142   Doc 258-2   Filed 01/19/24   Entered 01/19/24 12:55:00   Desc
Exhibits H Through T    Page 11 of 50

D&B Business Directory

# 4 Finance Corp

# Overview

**Company Description:**

**Key Principal:** Mark Bettiol

**Industry:** Management consulting services

**Address:** 1320 Cornwall Rd Oakville, ON, L6J 7W5 Canada

**Phone:**

**Website:** www.4finance.com

**Employees (all sites):**     ⓘ Actual

**Revenue:**     ⓘ Modelled

**Year Started:**    | **Incorporated:**

**ESG ranking:**

**ESG industry average:**

What is D&B's ESG Ranking?

Is this your business? Contact us to understand how D&B calculated your company's specific ESG Ranking, provide new or updated information to ensure your company's ESG Ranking remains accurate and up to date, or dispute your current ranking.

Privacy • Terms

10/20/22, 1:49 PM                4 Finance Corp. Company Profile | DnB, IL, 60124 Canada | Competitors, Financials & Contacts - Dun & Bradstreet

Case 19-14142    Doc 258-2    Filed 01/19/24    Entered 01/19/24 12:55:00    Desc
Exhibits H Through T    Page 12 of 50

Unlock full sales materials and reports

## Contacts

Get in Touch with 1 Principals*

**Mark Bettiol**
Member of the Board of
Directors

## Try Accessing All Contacts For Free

The key to smarter prospecting is having the right data about your target
account. Don't waste time fishing around when D&B Hoovers can help you
find contacts in one easy-to-use, self-service platform—backed by the
unparalleled Dun & Bradstreet Data Cloud.

Hoovers and Data Cloud includes:

- Find and prioritize your best prospects, including decision-makers
  and buying groups.
- Boost your sales productivity by engaging with the right buyers, at
  the right time.
- 441M + Contacts, 45M+ Emails, 54M+ C-level Contacts, 17M Direct
  Dials, 455M+ Business Entities

The Dun & Bradstreet Data Cloud gives you access to the world's most
comprehensive set of business data & analytical insights.

Request a Free Trial



Privacy · Terms



Dynamic search and list-building capabilities

Real-time trigger alerts

Comprehensive company profiles

Valuable research and technology reports

Get a D&B Hoovers Free Trial

# Financial Data

Dun & Bradstreet collects private company financials for more than 23 million companies worldwide. Find out more.

Get a D&B credit report on this company

Unlock more company details by getting detailed credit reports on other companies or your own.

Buy Credit Reports



Privacy - Terms

If 4 Finance Corp is your company and you would like to remove it from the D&B Business Directory, please contact us.

# Exhibit "K"

       

Home   My Network   Jobs   Messaging   Notifications   Me ▾



## Lyubov Tsap · 3rd
Experienced in Financial and Accounting field

- 4Finance
- Real Estate and Mortgage Institute of Canada

Mississauga, Ontario, Canada · Contact info

114 connections

🔒 Message     + Follow     More

---

## Activity
114 followers

**Lyubov hasn't posted lately**
Lyubov's recent posts and comments will be displayed here.

Show all activity →

---

## Experience

**Collections Specialist**
4Finance
Mar 2013 - Present · 9 yrs 8 mos

• Negotiate settlements and payment arrangements
• Communicate with company's debtors by phone ...see more

---

 **credit and collection**
Wells Fargo
2008 - 2012 · 4 yrs

collection specialist

---

**Account Receivable clerk**
Canadian Bonded Credit Limited
Feb 2006 - Feb 2008 · 2 yrs 1 mo
Mississauga, Ontario

• Handling auto finance, personal loans, credit card and retail accounts, on a
predictive inbound/outbound dialer

---

 **account receivable clerk**
CBCL Limited
Mar 2005 - Feb 2008 · 3 yrs





  

Home    My Network    Jobs    Messaging    Notifications    Me ▾

## Education

**Real Estate and Mortgage Institute of Canada**
2016 - 2016

**Maple Leaf College**
Diploma, Computerized Accounting and Office Administration
2004 - 2004

**Institute of Trade and Economics Ukraine Lviv**
Bachelor's degree, Economics
1976 - 1981

## Skills

**Credit**

 Endorsed by 6 colleagues at Wells Fargo

12 endorsements

**Finance**

 Endorsed by 3 colleagues at Wells Fargo

9 endorsements

**Credit Cards**

 Endorsed by 3 colleagues at Wells Fargo

9 endorsements

Show all 24 skills →

## Languages

**English**

ukrainian, polish, russian

## Interests

**Companies**    Groups

 **McCague Borlack LLP**
2,185 followers

+ Follow

 **National Bank of Canada**
185,923 followers

 

Show all 11 companies →

Ad  •••

Post a job for free with LinkedIn Jobs.

Jobs

Richard, find the people you want to interview

Post a free job

People also viewed



Adrian Cupid
• 3rd+
Financial Services
Connect

Debra M.
• 3rd+
Sales Supervisor | Canada & US Operations at 4finance
Connect

Mike Tharin
• 3rd+
Owner, Tharin Productions
Connect

Michele MacKay
• 3rd+
Project Manager
Connect

Lindsay B.
• 3rd+
Client Services & Executive Administrative Support
Connect

Show more ⌄

People you may know

David Buskin
Professional Musician
Connect

Kim Moberg
Singer/Songwriter/Guitarist - Freelance
Connect

Kaylin L. Whittingham, Esq.
Legal Ethics & Professional Responsibility | Counsel to Lawyers & Judges

 

 Home  My Network  Jobs  Messaging  Notifications  Me ▾



**Courtney Rodland**
Theater and Music Educator

Connect

**Katherine Prifti, Esq.**
Massachusetts State Counsel at First American Title Insurance Company

Connect

Show more ⌄

# Exhibit "L"



# Lyubov Tsap

**Collections Specialist at 4finance**

[Profile Privacy]

Lyubov Tsap is a Collections Specialist at 4finance based in Riga, Riga. Previously, Lyubov was a Credit and Collection at Wells Fargo.... **Read More**

**Contact**

## Lyubov Tsap's Phone Number and Email

| | |
|---|---|
| Last Update | 7/28/2022 12:37 PM |
| Email | l***@4finance.com | Engage via Email |
| Contact Number | (***) ***-**** | Engage via Phone |
| Mobile Number | (***) ***-**** | Engage via Mobile |
| HQ Phone | +371 66055099 |
| Company | 4finance |
| Address | Zemgales Priekšpilsēta 17 Lielirbes Iela, Rīga, ... |

## Lyubov Tsap Current Workplace



**4finance**

**Location**
Zemgales Priekšpilsēta 17 Lielirbes Iela, Rīga, Rīga, LV-1046, Latvia

**Description**
4finance, headquartered in Latvia, and established in 2008, is a consumer lending company specializing in installment loans, lines of credit, and single payment loans.

**Industry**
Banking, Finance

**Discover more about 4finance**

## Lyubov Tsap Work Experience and Education









zoominfo
Free Tools
Leads by Industry
Top Companies
Solutions
Pricing
Our Data
Sign Up

Overview
Company
Experience
Org Chart
News & Media
Similar Profiles
Search for a contact or company
Advanced Search

View Lyubov Tsap's full profile

## Org Chart - 4finance

Phone | Email

Lyubov Tsap
Collections Specialist
Phone | Email

Phone | Email

Phone | Email

## We have who you are looking for

Information without innovation is just data

View Lyubov's Full Org Chart

## Recent News About Lyubov Tsap

Scoops | Intent

zoominfo Free Tools Leads by Industry Top Companies Solutions Pricing Our Data Sign Up

Oct 10 2022 | 4finance has announced it is Read All | Public ... | Social ...

Oct 10 2022 | 4finance has extended its requirement Read All | Workfo... | Employ...

Oct 7 2022 | 4finance has reported revenues of Read All | Asset ... | Project

Get real Scoops about 4finance

Start Free

Start a 14-day free trial

## People Similar to Lyubov Tsap

### Top 3 Recommended Profiles

Match relevance is based on profile similarity to job title and location, job title and industry or people with the same last name

**Gellai Nael**
Collections Specialist
Phone | Email
See Profile

**Yaryna Tsap**
Inside Sales Manager
Phone | Email
See Profile

**Joseph Tiller**
Collections Specialist II
Phone | Email
See Profile

### People Also Search For:

**Roman Tsap**
Manager, Development
Phone | Email

**Milind Patel**
Collections Specialist
Phone | Email

**David Tsap**
Staff Engineer
Phone | Email

See more

What company does Lyubov Tsap work for?

Lyubov Tsap works for 4finance

What is Lyubov Tsap's role in 4finance?

Lyubov Tsap's role in 4finance is Collections Specialist

What is Lyubov Tsap's email address?

Lyubov Tsap's email address is l***@4finance.com

What is Lyubov Tsap's business email address?

Lyubov Tsap's business email address is l***@4finance.com

What is Lyubov Tsap's direct phone number?

Lyubov Tsap's direct phone number is (***) ***-****

What is Lyubov Tsap's HQ phone number?

Lyubov Tsap's HQ phone number is +371 66055099

What is Lyubov Tsap's latest job experience?

Lyubov Tsap's latest job experience is Credit and Collection at Wells Fargo

Which industry does Lyubov Tsap work in?

Lyubov Tsap works in the industry of Banking, Finance.... See More

Who are Lyubov Tsap's peers at other companies?

Lyubov Tsap's peers at other companies are Gellai Nael, Joseph Tiller, Milind Patel, April Abante, Joshua Hernandez.

Who are Lyubov Tsap's colleagues?

Lyubov Tsap's colleagues are Carol Marquez, Natalie Small, Lynne Myers, Mary Mendoza.

See more information about Lyubov Tsap

## View Colleagues

Join the world's top
companies using

# Zoominfo

4.4/5 on G2 Crowd

## Test Drive ZoomInfo's Directories

**Browse Directories**

PEOPLE SEARCH

Boston    New York City    Houston    Chicago    Los Angeles    Atlanta

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

COMPANY SEARCH

Boston    New York City    Houston    Chicago    Los Angeles    Atlanta

| POPULAR FEATURES | COMPANY | B2B DATABASE | MORE RESOURCES | |
|---|---|---|---|---|
| Sales Solutions | About Us | Our Data | ZoomInfo Videos | Free Trial |
| Marketing Solutions | Our Leadership | Data Transparency | Newsroom | |
| Company Contact Search | Investor Relations | Code of Community | Engineering Blog | Login |
| Buyer Intent Data | FAQs | Verify Company Data | COVID-19 Newsfeed | 866.904.9666 |
| CRM Lead Enrichment | Careers | | | |

Free
Tools

Leads by
Industry

Top
Companies

Solutions

Pricing

Our
Data

Sign Up

Overview   Company   Experience   Org Chart   News & Media   Similar Profiles

Company Search

© 2022 ZoomInfo Technologies LLC    Privacy Policy    Terms of Use    Cookies    Status    Do Not Sell My Personal Information

**facebook**

Log In



# Lyubov Tsap

Friends    Photos    Videos    ···

## About

### Work

 Works at **4Finance**
Oakville, Ontario

 Worked at **ТзОВ "Аптека 3I"**

 Worked at **Wells Fargo**

### College

 Studied Computerized accounting and Ofiice administration
at **Maple Leaf International School And college**

 Studied at **LVIV COMERCE ACADEMY**
Class of 1981

 Studied at **Real Estate and Mortgage Institute**
Mortgage Agent Course in Ontario

## Others Named Lyubov Tsap

 Любов Цап

See more

## Others With a Similar Name

 Айдън Моя Любов Джансевер

 Исус Колев
Бог Е Любов

 Lyubov Healy

 Любов Джамова

 Lubka Bakalova

## Connect with Lyubov Tsap on Facebook

Log In    or    Create new account

**facebook**

Log In

**Photos**                                      See all photos



**Connect with Lyubov Tsap on Facebook**

Log In          or          Create new account

# Exhibit "M"

| | |
|---|---|
| **From:** | Mario Menezes <Mario.Menezes@4finance.com> |
| **Sent:** | Thursday, May 21, 2020 7:45 AM |
| **To:** | Lorenzo, Jessi |
| **Cc:** | Smith, Kemberlar; Mary Jo Walker; Sorenson, Kari; Mullin, Shilee |
| **Subject:** | [EXTERNAL] RE: Brian Coughlin |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Jessi,

Below are all the contact dates, communications and all notes associated to any contact with the customer. I haven't been able to connect the five9 data server remotely but will be going into the office to attempt connecting. I want to see how many times we attempted contact but without a connect.

Dec 10, 2019 - Amela - banko docs received and uploaded

Feb 26, 2020 – Linda – IB call – cx said he filed for bankruptcy and wants the calls to stop advised cx that collection calls will continue until we receive POA email sent

Feb 26, 2020 –   Linda sent a follow up email of the call - *Hello Brian,*
                   As earlier discussed , the email address to send the Power Of Attorney documents for your bankruptcy case is administration@lendgreen.com
                   Keep in mind that you can always call us at 1-855-832-7227 , 8 AM - 7 PM (EST).

Mar 17, 2020 - email template sent - Future Credit Availability At Risk: Settle Your Account Today

Mar 24, 2020 - Tenpa -advise cx to contact the bankruptcy dept as previously instructed

Mar 26, 2020 – Sammantha – IB escalation lawyer said cx is suicidal from our calls and has been hospitalized for 2wks cx was still receiving calls it was noted on file back on Dec 10th but no flags was posted.

---

**From:** Lorenzo, Jessi <jessi@ldf-holdings.com>
**Sent:** 20 May 2020 7:03 PM
**To:** Mario Menezes <Mario.Menezes@4finance.com>
**Cc:** Smith, Kemberlar <kemberlar@ldf-holdings.com>; Mary Jo Walker <MaryJo.Walker@4finance.com>; Sorenson, Kari <kari@ldf-holdings.com>; Mullin, Shilee <smullin@spencerfane.com>
**Subject:** Re: Brian Coughlin

Warning: The sender is located outside of your organization.

Hi Mario- just checking in on the below. Thanks!!

Sent from my iPhone

On May 19, 2020, at 9:21 PM, Mario Menezes <Mario.Menezes@4finance.com> wrote:

Confidential-Subject to Protective Order
Niwiin_000202

Hi Jessi,

Agreed we will make a list of calls that require immediate escalation as part of the action plan. No I was not made aware of the call. Current process for confirmed bankruptcy ( documents received) is that these are only handled by our tier 2 agents. The account is flag in Epic with banko status and this automatically stops all forms of communication removing the account from active status.

All calls should have ceased Dec 10 when documents were uploaded but unfortunately the agent didn't flag the account to banko queue. Calls were ceased March 26 after the call escalated. I will get all dates and communications we had with the customer tomorrow and sent to everyone.

---

**From:** Lorenzo, Jessi <jessi@ldf-holdings.com>
**Sent:** Tuesday, May 19, 2020 8:21:58 PM
**To:** Mario Menezes <Mario.Menezes@4finance.com>; Smith, Kemberlar <kemberlar@ldf-holdings.com>; Mary Jo Walker <MaryJo.Walker@4finance.com>
**Cc:** Sorenson, Kari <kari@ldf-holdings.com>; Mullin, Shilee <smullin@spencerfane.com>
**Subject:** RE: Brian Coughlin

Warning: The sender is located outside of your organization.

<image001.gif>

Thanks Mario- I just listened to this as well and forwarded it onto Shilee. I agree with MJ's previous sentiments when an attorney calls or government agency those all need to be immediately escalated, properly documented and sent to us immediately. Were you made aware of this after it happened? I am assuming no but want to double check. What is the current process?

Secondly, why was this missed on numerous occasions? It was filed on December 4th and notated in our system on the 10th. Everything should have ceased then. Then, both the debtor and attorney had calls and emails again regarding the same and then it was still missed and communication continued until finally it just ceased in late March and hoping nothing has gone out since that last call with the attorney.

Lastly, can you please provide all dates from December 10th where any call, email, text etc when to this customer. The thing that is not matching up on my end is that they are claiming it was Lendgreen that "drove him over the edge" to commit suicide in early February but from my understanding we didn't start calling until February 26th which would be after the fact. Please send me that log as soon as you can.

Thank you!

Jessi Lorenzo
LDF Holdings
President
C- 715-661-4738
E- jessi@ldf-holdings.com
Skype- Jessi.Lorenzo2

---

**From:** Mario Menezes <Mario.Menezes@4finance.com>
**Sent:** Tuesday, May 19, 2020 1:13 PM
**To:** Smith, Kemberlar <kemberlar@ldf-holdings.com>; Mary Jo Walker <MaryJo.Walker@4finance.com>

Confidential-Subject to Protective Order
Niwiin_000203

**Cc:** Sorenson, Kari <kari@ldf-holdings.com>; Lorenzo, Jessi <jessi@ldf-holdings.com>
**Subject:** RE: Brian Coughlin

Hi Kemberlar,

Call recording is attached.

---

**From:** Smith, Kemberlar <kemberlar@ldf-holdings.com>
**Sent:** 19 May 2020 11:49 AM
**To:** Mario Menezes <Mario.Menezes@4finance.com>; Mary Jo Walker <MaryJo.Walker@4finance.com>
**Cc:** Smith, Kemberlar <kemberlar@ldf-holdings.com>; Sorenson, Kari <kari@ldf-holdings.com>; Lorenzo, Jessi <jessi@ldf-holdings.com>
**Subject:** Brian Coughlin
**Importance:** High

<mark>Warning: The sender is located outside of your organization.</mark>

Hello Mario,

Can you please pull the calls for the above mentioned customer from March 26, 2020 around 2:57 pm. Please send the recordings to me ASAP.

Thank You in advance for your assistance.

Have A Great Day

Best Regards,

*Kemberlar Smith*

Director of Compliance
LDF Holdings, LLC
715-892-0323
Kemberlar@LDF-Holdings.com

<image002.jpg>

*"Compliance and Quality is not an act, it's a Habit..."*

*Confidentiality Notice:*
*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any interception, copying, distribution, disclosure or use of this transmission or any information contained in it is strictly prohibited, and may be subjected to criminal and civil penalties.*

Confidential-Subject to Protective Order
Niwiin_000204

CONFIDENTIALITY NOTICE: This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that any retention, dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail and delete the original e-mail from your system.

CONFIDENTIALITY NOTICE: This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that any retention, dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail and delete the original e-mail from your system.

CONFIDENTIALITY NOTICE: This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that any retention, dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail and delete the original e-mail from your system.

Confidential-Subject to Protective Order

Niwiin_000205

# Exhibit "N"

Debtor 1    **Brian W. Coughlin**

Case number (if known)

---

| 4.1 6 | | | |
|---|---|---|---|
| **Inbox Credit** | | Last 4 digits of account number | **HCAI** | $2,559.94 |

Nonpriority Creditor's Name

**P.O. Box 881**
**Santa Rosa, CA 95402**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Payday Loan**

---

| 4.1 7 | | | |
|---|---|---|---|
| **Lend Green** | | Last 4 digits of account number | **3572** | $1,594.91 |

Nonpriority Creditor's Name

**P.O. Box 221**
**Lac Du Flambeau, WI 54538**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Pay Day Loan**

---

| 4.1 8 | | | |
|---|---|---|---|
| **LVNV Funding/Resurgent Capital** | | Last 4 digits of account number | **5624** | $2,270.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

When was the debt incurred?    **Opened 06/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Factoring Company Account Collection**

---

# Exhibit "O"

Greenarrow Loans
P.O. Box 170
Finley, CA 95435

Inbox Credit
P.O. Box 881
Santa Rosa, CA 95402

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lend Green
P.O. Box 221
Lac Du Flambeau, WI 54538

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Midland Credit Management, Inc.
P.O. Box 51319
Los Angeles, CA 90051-5619

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

TrueAccord Collections
303 2nd Street
Suite 750 South
San Francisco, CA 94107

Vlizhwaaswi, LLC d/b/a Loan at Last
P.O. Box 1193
Lac Du Flambeau, WI 54538

# Exhibit "P"

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>          Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-14142 |

## CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq., do hereby certify that I have this day served a copy of the

Debtor's Original Chapter 13 Plan dated December 4, 2019, by First-class mail postage paid

and/or electronically via the CM/ECF Electronic Messaging System on the persons listed below.


Date: <u>December 4, 2019</u>

                                     */s/ Richard N. Gottlieb, Esq.*
                                     Richard N. Gottlieb, Esq. BBO # 547970
                                     Law Offices of Richard N. Gottlieb
                                     Ten Tremont Street
                                     Suite 11, 3rd Floor
                                     Boston, Massachusetts 02108
                                     (617) 742-4491
                                     rnglaw@verizon.net

**PERSONS SERVED:**


**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**500 Fast Cash**
515 "G" Street SE
Miami, OK 74354

**American Web Loans**
3910 W. 6th Avenue
Box 27
Stillwater, OK 74074

**AmeriCredit/GM Financial**
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

**Bank of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Big Picture Loans**
P.O. Box 704
Watersmeet, MI 49969

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**City Of Boston Cu**
1 Union St Fl 3
Boston, MA 02108

**Clarity Finance**
P.O. Box 8
Princeton, ME 04668

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-8873

**CreditControl**
5757 Phantom Drive
Suite 330
Hazelwood, MO 63042

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

**Golden Valley Lending**
635 East Highway 20 E
Upper Lake, CA 95485

**Greenarrow Loans**
P.O. Box 170
Finley, CA 95435

**Inbox Credit**
P.O. Box 881
Santa Rosa, CA 95402

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Lend Green**
P.O. Box 221
Lac Du Flambeau, WI 54538

**LVNV Funding/Resurgent Capital**
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

**Midland Credit Management, Inc.**
P.O. Box 51319
Los Angeles, CA 90051-5619

**Navient**
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

**TrueAccord Collections**
303 2nd Street
Suite 750 South
San Francisco, CA 94107

**Vlizhwaaswi, LLC d/b/a Loan at Last**
P.O. Box 1193
Lac Du Flambeau, WI 54538

# Exhibit "Q"



Client: **Brian Coughlin**    Active Loans: 1    Loan: (IL i028083572-00 -- Charged Off)    Show All    Info    Client    Loan

**View Letter**

From:        Linda Ehikpehale
Subject:     LENDGREEN

**Html view**

*Hello Brian,*
As earlier discussed , the email address to send the Power Of Attorney documents for your bankruptcy case is administration@lendgreen.com
Keep in mind that you can always call us at 1-855-832-7227 , 8 AM - 7 PM (EST).

Thank you,
Linda
Collections Specialist
Lendgreen Collections Department
1-855-832-7227

---

02-26-20 10:58:22 AM        **LENDGREEN**

From:        Linda Ehikpehale
Subject:     LENDGREEN
Html view

Niiwin_000032

# Exhibit "R"



## 150 DAYS OVERDUE AND IT IS BEING REPORTED TO CREDIT REPORTING AGENCIES.

### CALL 1-877-689-1848 NOW TO MAKE A PAYMENT.

**RE: Lendgreen account #028083572-00**
**Balance Due: $1,594.91**
Hi Brian,
Your loan is 150 past due. We have reported this issue to credit reporting agencies and your ability to receive a loan in the future may be impacted. Call us now to set up a payment schedule.

**CALL NOW TO CLEAR YOUR DEBT**

Alternatively, you can authorize a direct payment by sending the following email to collections@lendgreen.com:

"I, Brian, authorize Lendgreen to debit the sum of $_____ from my account on .

To verify my identity, the last 4 digits of my SSN are _____; the last 4 digits of my routing number are _____; and the last 4 digits of my account number are _____."

If you have any questions regarding this email, please do not hesitate to contact us. Log into your self-service account to review your loan details.


Regards,

Lendgreen Collections Department
collections@lendgreen.com

1-877-689-1848
 www.lendgreen.com

Niiwin, LLC, d/b/a Lendgreen ("Lendgreen"), is a wholly owned subsidiary of LDF Holdings, LLC, a wholly owned subsidiary of the Lac du Flambeau Business Development Corporation, a wholly owned and operated economic arm and instrumentality of the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), a federally recognized Indian tribe. Lendgreen is organized and in good standing under the laws of the Tribe. Lendgreen is a duly licensed Financial Services Licensee of the Lac du Flambeau Tribal Financial Services Regulatory Authority, an independent regulatory body of the Tribe.

Niiwin_000033

All loan application decisions are made at Lendgreen's office located at 597 Peace Pipe Road, 2nd Floor, Lac du Flambeau, Wisconsin 54538 on the Tribe's reservation. If your loan application is approved by Lendgreen, your loan will be governed by Tribal law, applicable federal law, and the terms and conditions of your loan agreement.

This is an expensive form of borrowing. Lendgreen loans are designed to assist you in meeting your short term borrowing needs and are not intended to be a long term financial solution. The Annual Percentage Rate ("APR") as applied to your loan will range depending on your payment schedule, pay frequency, loan term, and the amount of your loan. Late payments and incidents of non-payment may result in additional fees and collection activities as described in your loan agreement and as allowed by Tribal and applicable federal law. Lendgreen does not lend to residents of AR, CT, GA, MD, MN, NY, PA, VA, WV, and WI or to members of the military and their dependents. Availability of installment loans is subject to change at any time at the sole discretion of Lendgreen.

Please do not reply to this email as we are unable to respond to messages sent to this address. For any inquires please contact customercare@lendgreen.com

Mailing Address:
NIIWIN, LLC d/b/a Lendgreen
PO Box 221
Lac du Flambeau, WI, 54538
1-855-832-7227

✉ 03-17-20 08:08:28 AM                    Future Credit Availability At Risk: Settle Your Account Today

| From: | customercare@lendgreen.com |
| Subject: | Future Credit Availability At Risk: Settle Your Account Today |

Niiwin_000034

# Exhibit "S"

2:06   LTE



# Voicemail



# +1 (877) 329-4638

    

message    call    video    mail    pay

---

## Today

2:05 PM  **Missed Call**

---

## Share Contact

---

## Create New Contact

---

## Add to Existing Contact

---

## Add to Emergency Contacts

---

## Share My Location

---

            

Favorites    Recents    Contacts    Keypad    Voicemail

# Exhibit "T"

1:53   LTE

< Recents



# (877) 329-4638

unknown

            

message    call    video    mail    pay

## Today

1:52 PM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

            

Favorites    Recents    Contacts    Keypad    Voicemail