# PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type:      bk
Case Number:    19-14142
Case Title:     Brian W. Coughlin
Case Matter:    Hybrid Hearing on #232 Debtor's Motion to Further Extend Discovery Deadlines (Richard N. Gottlieb)
#241 Objection of LDF Business Development Corporation, LDF Holdings, LLC, Lac du Flambeau Bank of Lake Superior Chippewa Indians and Niiwin, LLC (Adrienne Walker, Hanna Redd, Patrick McAndrews, Emily Reed, Alexandrah Walker, Zachary RG Fairlie and Andrew Adams III).

Audio Date/Time:   02/23/2024 10:16:04
Audio File Name:   19-14142.mp3
Audio File Size:   17759.06 kb
Audio Run Time:    00:00:2273

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."