UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-CJP |

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq., hereby certify that I have this day served a copy of the Second Amended Motion to Enforce the Automatic Stay and for Sanctions and the Court's Order Granting the Motion of Debtor to Further Amend the First Amended Motion of the Debtor to Enforce the Automatic Stay and for Sanctions (the "Judicial Documents" upon on persons listed below, via electronic mail on the CM/ECF system, and where indicated, by means provided under Fed. R. Bankr. Pro. 7004(b)(7).

Persons served:

The "Central Authority" of the Government of the Republic of Latvia, namely the Council of Sworn Bailiffs of Latvia, having received the Judicial Documents and have confirmed, as of the date listed in the attached Certificate attesting to the Proof of Service under the protocols of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or

Commercial Matters, that they, as of March 21, 2024, have completed the process of serving the following Respondent 4Finance, S.A. of Latvia:

Date:  4/11/2024                    */s/ Richard N. Gottlieb, Esq.*
                                    Richard N. Gottlieb, Esq. BBO # 547970
                                    Law Offices of Richard N. Gottlieb
                                    Ten Tremont Street
                                    Suite 11, 3rd Floor
                                    Boston, MA 02108
                                    (617) 742-4491
                                    rnglaw@verizon.net

# THE COUNCIL OF SWORN BAILIFFS OF LATVIA

Lāčplēša street 27-32, Riga, Latvia, LV 1011
Phone: +371 67290005, fax: +371 62302503, e-mail: documents@lzti.lv

25.03.2024. No 233/D.4.2

To: **Law Offices of Richard N Gottlieb**
10 Tremont Street, Suite 11, 3rd Floor,
Boston, MA 02108, USA

*On the request for service of documents*

On March 8, 2024 the Council of Sworn Bailiffs of Latvia received a request from Law Offices of Richard N Gottliebrequest for the service of documents (reference number: 19-14142-FJB).

On March 8, 2024 the Council of Sworn Bailiffs of Latvia sent the request and documents to the sworn bailiff of Riga Regional Court district No 73 Gunita Špēla.

On March 25, 2024 the Council of Sworn Bailiffs of Latvia received from sworn bailiff Gunita Špēla CERTIFICATE and statement No 00054/073/2024-AKT of March 21, 2024. The documents were handed to Anna Liepiņa, administrator of the addressee AS "4finance", on March 13, 2024.

Whereas the delivery was successful we are sending you the CERTIFICATE, a second copy of the documents, and a copy of statement No 00054/073/2024-AKT on service of foreign documents (in Latvian).

Respectfully,
director

G. Berlande

Šteinberga +371 26353447

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Law Offices of Richard N. Gottlieb<br>Ten Tremont Street<br>Suite 11, 3rd floor<br>Boston, MA 02108, USA<br>+1 (617) 742-4491<br>Fax +1 (617) 742-5188<br>rnglaw@verizon.net | Council of Sworn Bailiffs<br>Lāčplēša Street 27-32<br>Riga, LV-1011<br>Latvia |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

4Finance, S.A.
Lielirbes iela 17A-46
Riga, LV-1046
Latvia

[x] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   selon les formes légales (article 5, alinéa premier, lettre a))*

[ ] b) in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
   selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
   le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

1. Second Amended Motion of the Debtor to Enforce the Automatic Stay and for Sanctions (with Exhibits)
2. Motion of the Debtor to Further Amend the Motion to Enforce the Automatic Stay and for Sanctions
3. Order Granting the Motion of the Debtor to Further Amend the Motion to Enforce the Automatic Stay and for Sanctions

* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|
| Boston, MA, USA<br>The / le<br>February 26, 2024 | [signature] |

SANEMTS
Nr. 00896/023/2024-____

RECEIVED
The Council of Sworn Bailiffs of Latvia
08. 03. 2024

12 -03- 2024

Rīgas apgabaltiesas 73. iec.
zvērināta tiesu izpildītāja Gunita Spēla      No. 118/D.4.2

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | 13.03.2024 |
| – at (place, street, number):<br>à (localité, rue, numéro) : | Dzelzavas iela 17a-46, Rīga, LV-1046 |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a))*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :

☒ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | Anete Liepiņa /ANETE LIEPIŅA/ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | biroja administratore /OFFICE ADMINISTRATOR/ |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

Done at / Fait à RIGA

The / le 21.03.2024

Signature and/or stamp
Signature et / ou cachet

[Seal: LATVIJAS REPUBLIKA ZVĒRINĀTS TIESU IZPILDĪTĀJS «73» RIGA GUNITA ŠPĒLA]

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

4Finance, S.A.
Lielirbes iela 17A-46
Riga, LV-1046
Latvia

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
+1 (617) 371-1234

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Law Offices of Richard N. Gottlieb<br>Ten Tremont Street<br>Suite 11, 3rd Floor<br>Boston, MA 02108, USA<br>+1 (617) 742-4491<br>Fax +1 (617) 742-5188<br>rnglaw@verizon.net |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Debtor: Brian W. Coughlin<br>Respondents: Niiwin, LLC, d/b/a Lendgreen; LDF Holdings, LLC; Lac du Flambeau Business Development Corporation; Lac du Flambeau Band of Lake Superior Chippewa Indians; 4Finance, S.A.; Vivus Servicing, Ltd.; GMLA Trading, Ltd.; 4Finance Malta, Ltd. |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the addressee that Debtor Brian Coughlin has filed an amended motion to seek sanctions against the addressee and to demand the addressee's appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | This is an action to enforce the Automatic Stay under U.S. Bankruptcy Law and for sanctions under 11 U.S.C. § 362(k). Debtor seeks damages against Respondents. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 14 days after service, the addressee must appear and file an answer in the United States Bankruptcy Court for the District of Massachusetts, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Fourteen (14) days from date of service |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

Permanent Bureau July 2017

NORAKSTS

*(ģerboņa attēls)*
**LATVIJAS REPUBLIKA**
**Rīgas apgabaltiesas iecirknis Nr. 73**
**ZVĒRINĀTA TIESU IZPILDĪTĀJA**
**Gunita Špēla**

*Kuģu iela 13-46, Rīga, LV-1048, tālr. 23209974, e-pasts gunita.spela@lzti.lv*

21.03.2024.
Lietā Nr.00003/073/2024-DP

### Akts Nr. 00054/073/2024-AKT

Rīgas apgabaltiesas iecirkņa Nr.73 zvērināta tiesu izpildītāja Gunita Špēla, prakses vieta: Kuģu iela 13-46, Rīga, pamatojoties uz Latvijas Zvērinātu tiesu izpildītāju padomes 2024. gada 8. martā iesniegumu Nr.197/D.4.2 *Par ārvalsts dokumentu izsniegšanu* un Amerikas Savienoto Valstu kompetentās iestādes tiesiskās palīdzības lūgumu Nr.19-14142-FJB par dokumentu izsniegšanu, kā arī saskaņā ar Tiesu izpildītāju likuma 74. pantu un Ministru kabineta 2012. gada 26. jūnija noteikumiem Nr.444 "Zvērināta tiesu izpildītāja veiktās dokumentu piegādes noteikumi",

Kuģu ielā 13-46, Rīgā,

konstatē sekojošo: 2024. gada 13. martā ierados pēc norādītās adreses: Lielirbes iela 17A-46, Rīgā, LV-1046, izsniegt dokumentus adresātam: SIA "4finance", reģistrācijas Nr.40003991692.
Dokumenti izsniegti SIA "4finance" biroja administratorei Anetei Liepiņai, personas kods 181298-10772, uzrādīta Latvijas Republikas pase Nr.LV6734840, izdota 2023. gada 21. februārī PMLP Rīgas 1. nodaļā.
Vienlaicīgi ar izsniedzamajiem dokumentiem, SIA "4finance" biroja administratorei izsniegta veidlapa INFORMĀCIJA PAR ADRESĀTA TIESĪBĀM ATTEIKTIES PIEŅEMT ĀRVALSTS DOKUMENTU, izskaidrojot tiesības atteikties pieņemt ārvalsts dokumentu tā izsniegšanas brīdī vai nedēļas laikā no tā izsniegšanas dienas, nosūtot ārvalsts dokumentu atpakaļ zvērinātam tiesu izpildītājam.
Līdz 2024. gada 21. martam nav saņemts adresāta atteikums pieņemt izsniegtos ārvalsts dokumentus.

Zvērināta tiesu izpildītāja         *(paraksts)*              Gunita Špēla

**NORAKSTS PAREIZS**
Rīgas apgabaltiesas iecirkņa Nr.73
Zvērināta tiesu izpildītāja Gunita Špēla
Rīgā 2024. gada 21. martā

RECEIVED
The Council of Sworn Bailiffs of Latvia
25. 03. 2024