# PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type:     bk
Case Number:   19-14142
Case Title:    Brian W. Coughlin
Case Matter:   Hybrid Hearing on #234 Motion of L.D.F. Business Development Corporation, LDF Holdings, LLC and Lac du Flambeau Band of Lake Superior Chippewa Indians to Dismiss Stay Motion [Doc. 230] (Adrienne K. Walker, Patrick McAndrews and Hanna Ciechanowski Reed)
#253 Objection and #306 Sur-Reply In Opposition of Debtor (Richard N. Gottlieb).

Audio Date/Time:   04/18/2024 16:10:51
Audio File Name:   19-14142.mp3
Audio File Size:   36226.88 kb
Audio Run Time:    00:00:4637

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."