UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re )<br>)<br>BRIAN W. COUGHLIN, )<br>)<br>Debtor )  ) | Chapter 13<br>Case No. 19-14142 (CJP) |

## MOTION OF 4FINANCE, AS TO DISMISS DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY

4finance, AS ("4finance Latvia"), a Latvian joint stock company, by its counsel, hereby files this motion (the "Motion") for entry of an order dismissing the *Second Amended Motion of the Debtor to Enforce the Automatic Stay and for Sanctions* [Docket 258, filed January 19, 2024] (the "Stay Motion") as against 4finance Latvia pursuant to Federal Rules of Civil Procedure 12(b)(2) or, in the alternative, 12(b)(6), each as made applicable to this Contested Matter by Federal Rule of Bankruptcy Procedure 7012(b). In further support of this Motion, 4finance Latvia has contemporaneously filed their *Memorandum of Law in Support of Respondent 4Finance, AS's Motion to Dismiss Debtor's Motion to Enforce Automatic Stay (*the "Memorandum of Law") and further states as follows:

1. As more fully stated in the Memorandum of Law, this Court lacks the personal jurisdiction to adjudicate the Stay Motion (or any other claims) against 4finance Latvia.

2. Alternatively, as more fully stated in the Memorandum of Law, the Debtor, through the Stay Motion, failed to state a plausible claim against 4finance Latvia for purported violations of the automatic stay under 11 U.S.C. § 362.

WHEREFORE, 4finance Latvia respectfully requests that the Court enter the proposed form of order attached hereto as Exhibit A (i) dismissing 4finance Latvia as a party in this

Contested Matter, and (ii) granting to 4finance Latvia such other and further relief as this Court deems proper.

| | |
|---|---|
| Dated: April 30, 2024<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ Douglas B. Rosner<br>Douglas B. Rosner, Esq. (BBO #559963)<br>Brendan M. Gage, Esq. (BBO #683028)<br>**GOULSTON & STORRS PC**<br>One Post Office Square<br>25th Floor<br>Boston, MA  02109<br>Tel:    (617) 482-1776<br>Fax:   (617) 574-4112<br>Email: drosner@goulstonstorrs.com<br>Email: bgage@goulstonstorrs.com<br><br>- and –<br><br>Michael D. Stinson, Esq. (pro hac vice motion filed)<br>Michael Norton, Esq. (pro hac vice motion filed)<br>**DORSEY  &  WHITNEY  LLP**<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>Tel: (612) 340-2600<br>E-mail: stinson.mike@dorsey.com<br>E-mail: norton.mike@dorsey.com<br><br>*Counsel for 4finance, AS* |

**EXHBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) ) ) | |
| BRIAN W. COUGHLIN, | ) ) | Chapter 13 Case No. 19-14142 (CJP) |
| Debtor | ) | |

**[PROPOSED] ORDER GRANTING THE MOTION OF RESPONDENT 4FINANCE, AS (LATVIA) TO DISMISS SECOND AMENDED MOTION OF THE DEBTOR TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

This matter coming to be heard on the motion of Respondent 4finance, AS (Latvia) ("4finance Latvia"), pursuant to Federal Rule of Civil Procedure 12(b)(2), made applicable in this Contested Matter under Federal Rule of Bankruptcy Procedure 7012 and by this Court's Contested Matter Case Management and Scheduling Order of August 18, 2023 (Dkt. 206), for an order dismissing Debtor's Second Amended Motion to Enforce the Automatic Stay and for Sanctions (Dkt. 258) (the "Stay Motion") as against 4finance Latvia for lack of personal jurisdiction, or in the alternative, for an order dismissing the Stay Motion as against 4finance Latvia pursuant to Federal Rule of Civil Procedure (12)(b)(6) for Debtor's failure to state a claim for which relief may be granted; the Court having reviewed and considered the filings, records, and proceedings herein, including the parties' respective Memoranda of Law, attendant Declarations, and the arguments of counsel, the Court having found that Debtor has failed to establish contacts between 4finance Latvia and the United States that are sufficient to confer a basis for this Court to exercise personal jurisdiction over it in this proceeding in a manner consistent with the Due Process Clause of the Fifth Amendment to the United States Constitution; and this Court's consideration of 4finance Latvia's Motion to Dismiss being a Core Proceeding under 28 U.S.C. §157(b),

**IT IS HEREBY ORDERED THAT**:

1. Respondent 4finance Latvia's Motion to Dismiss is hereby granted.

2. The Debtor's Motion at Dkt. 258 as against Respondent 4finance Latvia is hereby dismissed pursuant to Federal Rule of Civil Procedure (12)(b)(2), and Respondent 4finance Latvia is hereby dismissed from this proceeding because this Court lacks personal jurisdiction to adjudicate the Debtor's claims against it.

3. Because this Court lacks personal jurisdiction over 4finance Latvia and has determined to grant its Motion to Dismiss on that basis, the Court declines to address the alternative grounds for dismissal set forth in Respondent 4finance Latvia's Motion pursuant to Federal Rule of Civil Procedure (12)(b)(6).

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Christopher J. Panos
United States Bankruptcy Judge