UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

Brian W. Coughlin

          Debtor.

IN PROCEEDINGS UNDER
CHAPTER 13
Case No. 19-14142-CJP

### DECLARATION OF MARY JO WALKER

I, Mary Jo Walker, hereby state and declare as follows:

1. From 2018 through the present, I have been the Managing Director of AS 4finance, Ltd. ("4finance Canada"), which is an affiliate company of Respondent 4finance, AS (Latvia) ("4finance Latvia") in this matter. I am over the age of eighteen years and have capacity to testify as to the matters stated below based upon my own personal knowledge. Without submitting to this Court's jurisdiction, or otherwise waiving any rights or defenses belonging to 4finance Latvia in this proceeding, including its defenses as to this Court's jurisdiction, I am providing this declaration in support of 4finance Latvia's Motion to Dismiss the Debtor's Second Amended Motion to Enforce the Automatic Stay and for Sanctions ("Debtor's Motion").

2. As public records reflect, at all times, 4finance Canada has maintained its registered address in Vancouver, British Columbia, Canada, and its principal office for purposes of conducting business in Oakville, Ontario, Canada. Attached hereto as **Exhibit A** is a true and correct copy of an online screenshot of 4finance Canada's publicly available registration information with the Ontario, Canada Business Registry, otherwise available at https://www.ontario.ca./page/ontario-business-registry.com.

3. As an affiliate of 4finance Latvia's parent company, 4finance Holding, S.A. (Luxembourg) ("4finance Holding"), 4finance Canada is a separate and distinct corporation

formed under the provincial laws of British Colombia, Canada for the purpose of providing operational and administrative services to digital consumer lenders and loan servicing companies in North America. 4finance Canada operates as a separate and distinct entity, and 4finance Latvia and its employees have no role whatsoever in 4finance Canada's affairs or operations both as a matter of management and corporate governance.

4. After contracting to acquire the servicing rights to Respondent Niiwin, LLC's (a/k/a "Lendgreen's") portfolio of online consumer loans in 2013, Respondent Vivus Servicing, Ltd. ("Vivus") then contracted with 4finance Canada to provide certain operational and administrative services related to its loan servicing business with Lendgreen, including, for example, electronic data back-up storage and related support. 4finance Canada and its employees were responsible for providing these services to Vivus; 4finance Latvia and its separate employees in Europe were not.

5. In Debtor's Motion, he references various documents that refer to certain "4Finance" employees, including Mark Bettiol, Lyuobov Tsap, Mario Menezes, and myself (Mary Jo Walker). Based on my role as the Managing Director of 4finance Canada, I have personal knowledge of 4finance Canada's employment history, and based on my personal knowledge, I declare that each of these individuals is a current or former 4finance Canada employee at 4finance Canada's Ontario, Canada, office. I have never been employed by 4finance Latvia, and it is also my understanding that 4finance Latvia has never employed any of these other individuals, either.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

2

Dated: April 29, 2024

_____
Mary Jo Walker

# EXHIBIT A

Request Search Products

If you want to maintain this corporation you need to be logged in and have authority over it.

## General Details

| | |
|---|---|
| **Corporation Name** | AS 4FINANCE LTD. |
| **Ontario Corporation Number (OCN)** | 1873102 |
| **Incorporation/Amalgamation Date** | April 30, 2012 |
| **Commenced Activity in Ontario Date** | April 30, 2012 |
| **Type** | Extra-Provincial Domestic Corporation with Share |
| **Status** | Refer to Home Jurisdiction |
| **Governing Jurisdiction** | Canada - British Columbia |
| **Registered or Head Office Address** | Vancouver, British Columbia, Canada |
| **Principal Place of Business in Ontario** | Oakville, Ontario, Canada |

The information shown above sets out the most recent information filed on or after June 27, 1992, and recorded in the Ontario Business Information System.

OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Brian W. Coughlin

Case No. 19-14142 (CJP)

Chapter 13

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

[I/We] Mary Jo Walker _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my Declaration in Supp. of Mot. to Dismiss Debtor's Mot. to Enforce Automatic Stay (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 29, 2024

_____
(Affiant) Mary Jo Walker

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: April 30, 2024

Signed: /s/ Douglas B. Rosner
(Attorney for Affiant - /s/used by Registered ECF Users Only)