UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>            Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-CJP |

### JOINT MOTION TO MODIFY CERTAIN CASE DEADLINES

By and through their undersigned counsel, Respondents 4finance, AS (Latvia) ("4Finance Latvia") and Vivus Servicing, Ltd. ("Vivus") (together, the "Respondents") and the Debtor, Brian W. Coughlin, (the "Debtor") (collectively, the "Parties"), and without a waiver of any jurisdictional defenses or arguments asserted by 4finance Latvia in this proceeding, do hereby jointly move this Honorable Court for an Order modifying certain case deadlines relating to Debtor's Second Amended Motion to Enforce the Automatic Stay and for Sanctions ("Debtor's Sanctions Motion") as against the Respondents, including a 60-day stay of all merits and jurisdictional discovery between the Parties and a corresponding extension of the supplemental response deadlines previously established by the Court in connection with Respondent 4finance Latvia's Motion to Dismiss the Debtor's Sanctions Motion. As grounds therefor, the Parties hereby state as follows:

1.  Following the Court's July 16, 2024, Case Management Conference and hearing on 4finance Latvia's Motion to Dismiss, the Court issued, on July 22, 2024, an order permitting the Debtor certain limited jurisdictional discovery and directing that Debtor must file a supplement in response to 4finance Latvia's Motion to Dismiss by no later than August 30, 2024, with any further reply by 4finance Latvia being due by no later than September 13, 2024.

2. Thereafter, Debtor issued additional discovery to the Respondents in the form of a Request for Production of Documents upon Vivus and a request to schedule the depositions of both Vivus (pursuant to Rule 30(b)(6)) and Mary Jo Walker – the Director of non-party AS 4finance, Ltd. ("4finance Canada"), which is an affiliate of Respondent 4finance Latvia.

3. Recently, the Parties, through their respective counsel, have engaged in preliminary settlement discussions and agree that a temporary stay of further litigation activity between them in this proceeding is warranted to facilitate those discussions and increase the likelihood of a voluntary resolution.

4. As a result, and in the interests of judicial efficiency and the preservation of Party and judicial resources, the Parties hereby request that this Court issue an order in the same or substantially similar form to that of the [Proposed] Order submitted herewith staying for a period of sixty (60) days any further discovery between them in connection with Debtor's Sanctions Motion as against Respondents and, furthermore, extending the previously referenced deadlines applicable to 4finance Latvia's Motion to Dismiss an additional sixty (60) days, as well, so that the Parties may devote their attention and resources toward a potential settlement in the interim.

WHEREFORE, the Parties respectfully request that the Court issue an Order revising certain case deadlines as follows:

1. Extending the deadline by which Debtor must file a supplement, if any, to the 4Finance Motion to Dismiss from August 30, 2024, to October 29, 2024;
2. Extending the deadline by which Respondent 4finance Latvia must file a reply to any supplement filed by Debtor, if any, from September 13, 2024, to November 12, 2024;

3. Temporarily staying all further substantive and/or jurisdictional discovery as between the Parties, such that Vivus's Responses and Objections to Debtor's Request for the Production of Documents shall not be due until October 23, 2024, and no depositions shall be noticed to occur before October 14, 2024; and

3

4. For such other and further relief as the Court deems just, fair, and equitable under the circumstances.

                                        BRIAN W. COUGHLIN, Debtor
                                        By his attorney,

Date:  8/15/2024                      */s/ Richard N. Gottlieb, Esq.*
                                        Richard N. Gottlieb, Esq. (BBO # 547970)
                                        **Law Offices of Richard N. Gottlieb**
                                        Ten Tremont Street
                                        Suite 11, 3rd Floor
                                        Boston, MA 02108
                                        (617) 742-4491
                                        rnglaw@verizon.net

                                        4FINANCE, A.S. AND VIVUS SERVICING,
                                        LTD., Respondents,
                                        By their Counsels,

Date:  8/14/2024                      */s/ Douglas B. Rosner*
                                          Douglas B. Rosner, Esq. (BBO #559963)
                                        Brendan M. Gage, Esq. (BBO #683028)
                                        **GOULSTON & STORRS PC**
                                        One Post Office Square
                                        25$_{th}$ Floor
                                        Boston, MA 02109
                                        Tel: (617) 482-1776
                                        Fax: (617) 574-4112
                                        Email: drosner@goulstonstorrs.com
                                        Email: bgage@goulstonstorrs.com

                                        - and –

Date:  8/14/2024                    */s/ Michael D. Stinson, Esq. (pro hac vice)*
                                          Michael D. Stinson, Esq. (pro hac vice)
                                        Michael Norton, Esq. (pro hac vice)
                                        **DORSEY & WHITNEY LLP**
                                        50 South Sixth Street
                                        Suite 1500
                                        Minneapolis, MN 55402-1498
                                        Tel: (612) 340-2600
                                        E-mail: stinson.mike@dorsey.com
                                        E-mail: norton.mike@dorsey.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>    Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-FJB |

**CERTIFICATE OF SERVICE**

I, Richard N. Gottlieb, Esq., hereby certify that I have this day served a copy of the Joint Motion Of 4Finance, A.S. and Vivus Servicing, Ltd. and the Debtor to Further Extend Response and Discovery Deadlines attached hereto upon on persons listed below, via electronic mail on the CM/ECF system.

Date: 8/15/2024                    */s/ Richard N. Gottlieb, Esq.*
                                   Richard N. Gottlieb, Esq. BBO # 547970
                                   Law Offices of Richard N. Gottlieb
                                   Ten Tremont Street
                                   Suite 11, 3rd Floor
                                   Boston, MA 02108
                                   (617) 742-4491
                                   rnglaw@verizon.net

Persons served

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**Douglas, B. Rosner, Esq.**
**Goulston & Storrs, P.C.**
Local Counsel for 4Finance, A.S. and Vivus Servicing, Ltd.
(Served via CM/ECF)

**Michael D. Stinson, Esq.**
**Dorsey & Whitney LLP**
Pro Hac Vice Counsel for 4Finance, A.S. and Vivus Servicing, Ltd.
(Served via CM/ECF)