**BILLING MEMO**

K‌ELLOGG, H‌ANSEN, T‌ODD, F‌IGEL & F‌REDERICK, P.L.L.C.

August 6, 2024

Coughlin, Brian W.

,

Billing Person: Rapawy, Gregory G.
RE: Coughlin v. Lac du Flambeau Band of Lake Superior Chippewa Indians (21056)

---

For professional services rendered through August 6, 2024

Professional Services                                                                 Hours
                Total Fees                                        0.00            $0.00

Disbursements

| Date | Initials | Description | Amount |
|---|---|---|---|
| 05/26/21 | CP | Delivery: Federal Express Invoice: 739038773 To: Maria R Hamilton CLERK OF COU, JOHN JOSEPH MOAKLEY U S COURT (delivery of paper copies of brief and joint appendix) | 64.82 |
| 08/06/21 | CP | Delivery: Federal Express Invoice: 747111345 To: MARIA R HAMILTON CLERK OF CO, US COURT OF APPEALS FOR 1st CI (delivery of paper copies of reply brief) | 48.88 |
| 10/11/22 | GGR | Vendor: Washington Express LLC; Invoice#: 205813; Date: 10/15/2022 LOC Madison (research materials from Library of Congress) | 39.21 |
| 11/08/22 | DMB | Vendor: Washington Express LLC; Invoice#: 206423; Date: 11/15/2022 US Supreme Court (delivery of certiorari opposition) EXP           EXP | 49.24 |
| 11/08/22 | DMB | Vendor: Washington Express LLC; Invoice#: 206423; Date: 11/15/2022 from US Supreme Court (return of file-stamped copy of certiorari opposition) | 43.94 |
| 11/10/22 | DMB | Vendor: HBP, Inc; Invoice#: 267785; Date: 11/10/2022 (printing services for certiorari opposition) | 1,673.08 |
| 03/14/23 | MND | Vendor: Washington Express LLC; Invoice#: 208675; Date: 3/15/2023 Library of Congress (research materials from Library of Congress) | 55.16 |
| 03/15/23 | MND | Vendor: Washington Express LLC; Invoice#: 208675; Date: 3/15/2023 from Library of Congress (research materials from Library of Congress) | 36.08 |
| 03/24/23 | DMB | Vendor: Washington Express LLC; Invoice#: | 52.04 |

Coughlin, Brian W.                                                                       August 6, 2024
Coughlin v. Lac du Flambeau Band of                                                      Invoice # 0
Lake Superior Chippewa Indians

| Date | Init | Description | Amount |
|---|---|---|---:|
| | | 209105; Date: 3/31/2023 - US Supreme Court (delivery of merits brief) | |
| 03/24/23 | DMB | Vendor: Washington Express LLC; Invoice#: 209105; Date: 3/31/2023 - from US Supreme Court (return of file-stamped copy of merits brief) | 46.74 |
| 03/24/23 | DMB | Vendor: HBP, Inc; Invoice#: 272246; Date: 3/24/2023 (printing of merits brief) | 2,475.77 |
| 04/14/23 | LMT | Business meals: EZCATERDEVON BLAKELY Gregory Rapawy (food for moot court) | 151.70 |
| 04/17/23 | LMT | Business meals: EZCATERLE PAIN QUOTIDIEN - G. Rapawy Gregory Rapawy (food for moot court) | 225.00 |
| 04/21/23 | GGR | Taxi cab: Gregory Rapawy (transport after OSG moot court) | 29.26 |
| 04/21/23 | GGR | Taxi cab: Gregory Rapawy (transport to OSG moot court) | 27.85 |
| 02/09/24 | JIL | Vendor: Minister of Finance of Ontario; Invoice#: 21056; Date: 2/9/2024 | 100.00 |
| 02/12/24 | JIL | Delivery: Federal Express Invoice: 224511119 To: OFFICE OF THE STATE ADVOCATE, OFFICE OF THE STATE ADVOCATE | 145.40 |
| 02/12/24 | JIL | Delivery: Federal Express Invoice: 224511119 To: OFFICE OF THE STATE ADVOCATE, OFFICE OF THE STATE ADVOCATE | 145.40 |
| 02/26/24 | JIL | Vendor: Linguistic Systems, Inc.; Invoice#: I-008086; Date: 2/26/2024 | 6,757.57 |
| 02/27/24 | ART | Delivery: Federal Express Invoice: 224931525 To: MALTA, OFFICE OF THE STATE ADVOCATE | 162.08 |
| 02/27/24 | ART | Delivery: Federal Express Invoice: 224931525 To: MALTA, OFFICE OF THE STATE ADVOCATE | 162.08 |
| 02/28/24 | JIL | Vendor: Linguistic Systems, Inc.; Invoice#: I-008095; Date: 2/28/2024 | 220.00 |
| 02/29/24 | JIL | Delivery: Federal Express Invoice: 225146318 To: GUNA BERLANDE, COUNCIL OF SWORN BAILIFFS | 189.45 |
| 02/29/24 | JIL | Vendor: Council of Sworn Bailiffs; Invoice#: 20240229; Date: 2/29/2024 | 149.44 |
| 04/08/24 | JIL | WESTLAW-LIEBMAN JONATHAN | 91.82 |
| 04/09/24 | JIL | WESTLAW-LIEBMAN JONATHAN | 33.83 |
| 04/10/24 | JIL | WESTLAW-LIEBMAN JONATHAN | 265.77 |
| 04/26/24 | JIL | Outside duplication: Jonathan Liebman Business records | 29.00 |
| 04/30/24 | JIL | Delivery: Jonathan Liebman Service of Foreign Documents | 73.17 |
| 04/30/24 | JIL | Delivery: Federal Express Invoice: 227020953 To: MINISTRY OF ATTY GENERAL OIC OFFICE, CENTRAL AUTHORITY FOR HAGUE SERVICE | 107.86 |
| 05/13/24 | JIL | WESTLAW --LIEBMAN JONATHAN | 19.96 |
| 05/14/24 | JIL | WESTLAW --LIEBMAN JONATHAN | 59.87 |
| 06/26/24 | JIL | WESTLAW --LIEBMAN JONATHAN | 19.41 |
| 07/06/24 | JIL | WESTLAW --LIEBMAN JONATHAN | 140.38 |
| 07/07/24 | JIL | WESTLAW --LIEBMAN JONATHAN | 76.32 |

Coughlin, Brian W.                                                August 6, 2024
Coughlin v. Lac du Flambeau Band of                                 Invoice # 0
Lake Superior Chippewa Indians

|  |  |
|---|---:|
| Total Costs | $14,151.38 |
| Total Services and Disbursements | $14,151.38 |
| **Total Amount Due** | **$14,151.38** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
|  |  |  |  |

### Matter Statistics

| | |
|---|---:|
| Matter Retainer Balance: | $0.00 |
| Matter A/R Balance: | $0.00 |
| Fees Billed, Inception to Date: | $0.00 |
| Disbursements Billed, Inception to Date: | $0.00 |
| Fees Collected: | $0.00 |
| A/R Written Off: | $0.00 |
| Time Written Off: | |
|     Hours | 0.00 |
|     Fees | $0.00 |