| 03/16/2021 | TH | TH | TC Brian - update; LF CA1 w/ Appearance to me refiled; OC MC. | $425.00 | 0.2 | $85.00 |
|---|---|---|---|---|---|---|
| 03/16/2021 | TH | TH | File and oversee CA1 Appearance filing; OC MC & TM re: same. | $425.00 | 0.2 | $85.00 |
| 03/16/2021 | TH | TH | review Appearances. | $425.00 | 0.2 | $85.00 |
| 03/17/2021 | TH | TH | Review Greektown brief CA6. | $425.00 | 0.5 | $212.50 |
| 03/17/2021 | TH | TH | OC RG (zoom) & MC corp. disclosures strategy, etc,,, | $425.00 | 0.5 | $212.50 |
| 03/17/2021 | TH | TH | OC MC re: outline skeleton of brief; focus and analysis of corp. disclosures. | $425.00 | 0.4 | $170.00 |
| 03/23/2021 | TH | TH | LF client re: payday matters. | $425.00 | 0.1 | $42.50 |
| 03/24/2021 | TH | TH | TC Case manager (message) re: timing of proceedings and mediation; LF MC - schedule and next steps. | $425.00 | 0.3 | $127.50 |
| 03/24/2021 | TH | TH | Conf. RG - status; LT client & RG re: reschedule mtg.; LF MC re: outline brief. | $425.00 | 0.4 | $170.00 |
| 03/25/2021 | TH | TH | TC case manager; note to file. | $425.00 | 0.2 | $85.00 |
| 03/25/2021 | TH | TH | TC case manager & RG re: filing fee and docketing; brief due 40 days; LT RG re: same; LT MC re: same. | $425.00 | 0.4 | $170.00 |
| 03/29/2021 | TH | TH | Review mediation notice; TC w/RG re: same; TC settlement counsel re: Motion to Extend Litigation. | $425.00 | 0.8 | $340.00 |
| 03/29/2021 | TH | TH | review draft Appellant Brief (brief). | $425.00 | 0.4 | $170.00 |
| 03/30/2021 | TH | TH | LT (text) RG re: extension of time. | $425.00 | 0.2 | $85.00 |
| 03/31/2021 | TH | TH | TC w/RG - extend time - vacation, mediation; PPN agenda for mtg w/co-counsel. | $425.00 | 0.2 | $85.00 |
| 03/31/2021 | TH | TH | OC RG & MC re: changes to code definitions re: Trustee, etc..(21) vs. (2oj); TC settlement counsel re: change to mediation and her contact w/judge to reschedule. | $425.00 | 0.7 | $297.50 |
| 04/01/2021 | TH | TH | LF settlement counsel re: reschedule mediation. | $425.00 | 0.1 | $42.50 |
| 04/01/2021 | TH | TH | OC with MC re: Motion to Extend To file Appellents brief; draft outline, same. | $425.00 | 0.4 | $170.00 |
| 04/02/2021 | TH | TH | TC w/RG & MC re: settlement, mediation and Mot. Ex. Necessary issue; TC settlement counsel re: ext. time file motion. | $425.00 | 0.5 | $212.50 |
| 04/05/2021 | TH | TH | Conf. RG and (MC phone) & client re mediation expectations, etc...; travel to Newburyport. | $425.00 | 2.5 | $1,062.50 |
| 04/07/2021 | TH | TH | LF and review LF mediation judge & RG re: intro into case. | $425.00 | 0.4 | $170.00 |
| 04/07/2021 | TH | TH | LF MC re: Request Assent to Motion to Extend deadlines; TC MC re: same and revise. | $425.00 | 0.3 | $127.50 |
| 04/08/2021 | TH | TH | OC RG & MC re: ext. time; mediator dealings & tribal immunity under attack; TC (message) RG to King; note to file. | $425.00 | 0.4 | $170.00 |
| 04/08/2021 | TH | TH | TC Brian re: WSJ update, mediation, atty fees and hours expended, settlement process, etc..; memo to file. | $425.00 | 0.6 | $255.00 |
| 04/09/2021 | TH | TH | Review LF mediation judge re: causation, etc... | $425.00 | 0.4 | $170.00 |