

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:                    |                          |
|---------------------------|--------------------------|
| Brian W. Coughlin,        | Chapter 13               |
| Debtor                    | 19-14142-CJP             |

## ORDER

**MATTER:**

#355 Motion filed by Debtor Brian W. Coughlin to Approve Compromise Under Rule 9019.

NO OBJECTIONS HAVING BEEN FILED TO THE *MOTION OF DEBTOR TO COMPROMISE THE CONTROVERSY AND APPROVE SETTLEMENT AGREEMENT BETWEEN THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, LDF BUSINESS DEVELOPMENT CORPORATION, LDF HOLDINGS, LLC AND NIIWIN, LLC D/B/A LENDGREEN AND DEBTOR AND APPROVE SETTLEMENT AGREEMENT* [ECF NO. 355] (THE "MOTION TO COMPROMISE") AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE MOTION TO COMPROMISE IS GRANTED AND THE SETTLEMENT AGREEMENT IS APPROVED.

THE DEBTOR IS AUTHORIZED TO PERFORM ALL ACTIONS NECESSARY TO CONSUMMATE THE TERMS OF THE SETTLEMENT AGREEMENT.

THE SEPTEMBER 12, 2024 HEARING ON THE MOTION TO COMPROMISE IS CANCELED AS UNNECESSARY.

Dated: 09/11/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge