

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Brian W. Coughlin, Debtor | Chapter 13<br>19-14142-CJP |
|---|---|

### ORDER

**MATTER:**
#359 First Interim Application for Compensation and Reimbursement of Expenses for Richard N. Gottlieb, Debtor's Attorney, Period: 2/28/2020 to 8/15/2024, Fee: $170637.18, Expenses: $206.15.

NO OBJECTIONS HAVING BEEN FILED, THE COURT HEREBY ALLOWS THE APPLICATION FOR COMPENSATION [#359] FOR COUNSEL TO THE DEBTOR IN THE AMOUNT OF $170,843.33, COMPRISED OF FEES OF $170,637.18 AND EXPENSES OF $206.15. THE CHAPTER 13 TRUSTEE SHALL PAY THE FOREGOING ADMINISTRATIVE EXPENSE CLAIM TO COUNSEL, LESS ANY RETAINER OR OTHER PAYMENTS MADE IN RELATION TO COMMENCEMENT OF THE CASE, WHICH AMOUNT COUNSEL REPRESENTS TOTALS $3,500, AND ANY AMOUNTS THAT HAVE VOLUNTARILY BEEN WAIVED, FROM FUNDS ON HAND (1) PURSUANT TO THE TERMS OF A CONFIRMED PLAN OR (2) UPON DISMISSAL OR CONVERSION IN ACCORDANCE WITH 11 U.S.C. SECTION 1326(A)(2) AFTER DEDUCTION OF THE TRUSTEE'S OUTSTANDING FEES. THE HEARING SCHEDULED FOR SEPTEMBER 12, 2024 IS CANCELED.

Dated: 09/11/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge