

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Brian W. Coughlin,  Debtor | Chapter 13  19-14142-CJP |
|---|---|

## ORDER

**MATTER:**

#362 Expedited Application for Compensation and Reimbursement of Expenses for Terrie Harman, Special Counsel.

UPON CONSIDERATION OF THE CERTIFICATE OF SERVICE FILED AT ECF NO. 372 INDICATING THE NOTICE OF THE HEARING [ECF NO. 363] WAS SERVED ON SEPTEMBER 11, 2024, THE HEARING ON THE SPECIAL COUNSEL'S APPLICATION FOR COMPENSATION [ECF NO. 362] SCHEDULED FOR SEPTEMBER 12, 2024 IS HEREBY CONTINUED TO OCTOBER 8, 2024 AT 10:30 A.M. OBJECTIONS TO THE APPLICATION FOR COMPENSATION SHALL BE FILED ON OR BEFORE OCTOBER 2, 2024.

Dated: 09/11/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge