

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN W. COUGHLIN,<br>            Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-14142-CJP |

**INTERIM APPLICATION OF
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
FOR REIMBURSEMENT OF EXPENSES RELATING TO
STAY VIOLATION LITIGATION AS SPECIAL COUNSEL TO THE DEBTOR
AND REQUEST FOR EXPEDITED DETERMINATION**

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg Hansen"), as counsel to the Chapter 13 Debtor, Brian W. Coughlin, in connection with the litigation associated with the violation of the Automatic Stay that occurred in the winter of 2019-2020, hereby makes application to this Court, pursuant to 11 U.S.C. § 330(a), Federal Rule of Bankruptcy Procedure 2016, and MLBR 2016-1, for the allowance of reimbursement of expenses of $14,151.38. This application is made on an interim basis and without prejudice to a future application to recover compensation for Kellogg Hansen's services and/or for reimbursement of future expenses.

In support of this Application, Kellogg Hansen incorporates by reference the procedural history of this matter as set forth in the Request for Compensation filed by The Law Offices of Richard N. Gottlieb, lead counsel to the Debtor ("Lead Counsel"), on August 20, 2024 at Docket No. 359. Applicant further states as follows:

1. On May 7, 2021, at Docket No. 149 (attached as Exhibit A to this application), this Court approved the appointment of Kellogg Hansen as Special Counsel to the Debtor.

09/11/2024 NO OBJECTIONS FILED. THE COURT HEREBY ALLOWS THE INTERIM APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL TO THE DEBTOR [ECF NO. 368] IN THE AMOUNT OF $14,151.38 FOR EXPENSES INCURRED FOR THE PERIOD OF MAY 26, 2021 TO AUGUST 6, 2024. THE HEARING SCHEDULED FOR SEPTEMBER 12, 2024 IS CANCELED.